**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE**

**BMI SMART PARKING LOTS, LLC**

**CASE NO.: 6:25-bk-04004-GER**
**CHAPTER 11**

    **Debtor.**
_____/

### CHAPTER 11 CASE MANAGEMENT SUMMARY

**BMI SMART PARKING LOTS, LLC** ("**BMI**"), the above-captioned debtor and debtor-in-possession, (referred to herein as the "**Debtor**" – where appropriate), by and through its undersigned counsel, and pursuant to Local Rule 2081-1, hereby files its *Chapter 11 Case Management Summary*, and state as follows:

#### Background

1. On June 27, 2025 (the "**Petition Date**"), BMI filed its petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") after an attempted business takeover by its landlord. BMI continues to operate its business and manage its assets as a debtor-in-possession in accordance with its duties and responsibilities under the Bankruptcy Code, but not without continuing post-petition interference from its landlord which is significantly impairing the Debtor's ability to continue operations post-petition.

**I. Description of Debtor's Business**

2. BMI is a Florida limited liability company organized on September 22, 2023 which conducts operations from leased property located at: 5282 Patch Road, Orlando, Florida 32822 (the "Patch Road Lot") and 6302 Seminole Avenue, Orlando, Florida 32822 (the "Seminole Ave. Lot") (collectively the "Property").

1

3. The Property is leased to the Debtor pursuant to a lease agreement dated August 8, 2024 (the "Lease") which provides for Debtor's continued and uninterrupted occupancy of the Property for a five-year term.

4. BMI operates parking facilities near the Orlando International Airport providing travelers with cost-effective and secure alternatives to on-airport parking. The parking facilities are strategically located within close proximity to the airport and are supported by reliable shuttle transportation services operated by Debtor's staff.

## II. Reasons for Bankruptcy Filings

5. Prior to Debtor's occupancy of the Property, its landlord operated a truck parking lot on the Seminole Ave. Lot with relatively meager success. The Patch Road Lot was largely unused and not generating a profit which was not of any interest to the Debtor as it was also unpaved and too expensive. Landlord insisted on leasing both lots to the Debtor and structured a repayment scheme in order to engage the Debtor in both lots.

6. In order to facilitate a lease for both lots and BMI's coverage of the associated rent, Debtor's landlord offered it the opportunity to continue operations of the truck parking lot already on site with the landlord retaining the proceeds from all accounts receivable for a period of two months up to an amount equivalent to the rent due under the Lease. Because of BMI's vast experience with parking facilities, a well-established client and airport contact list, and cloud-based reservation system, Debtor's landlord likely saw a prime opportunity to enhance the value of its property and business holdings on the back of the Debtor's operating experience.

7. In August 2024, BMI entered into a lease for the Property and quickly found that multiple transport companies were leaving the truck lot; thereby impairing the Debtor's ability to meet its rent obligations under the landlord's scheme. In order to address the rent arrearage at the time, landlord required that the Debtor execute a separate agreement memorializing the repayment of

$204,950.03, which was set forth in an unsecured promissory note (the "Promissory Note") completely separate from the Lease. With the rent arrearage resolved by separate agreement, BMI continued with its obligations under the Lease and developed a close (non-traditional) relationship with landlord, whereby the landlord's representatives would monitor the Debtor's business, financial accounts, and incoming customer payments. BMI's representatives also became involved in the landlord's acquisition of another airport lot ("GoldPark") which landlord proposed BMI could "optimize" to facilitate improved revenue streams. At this time, landlord informed Debtor's representatives that it intended to enter the airport parking market. When landlord's deal to acquire GoldPark collapsed, landlord turned its turrets to the Debtor and started to complain about the timing of Debtor's payments, which varied due to the timing of receipts from the Debtor's clients.

8. Despite Debtor's continued payment of significant sums when funds became available and the landlord's close operating relationship with the Debtor, landlord contacted BMI's customers informing them that eviction proceedings would be commencing against the Debtor, and that landlord was going to remove the Debtor from the Property. While informing the Debtor's clients of the impending eviction, landlord offered to contract directly with Debtor's clients and subtenant (Florida CDL Training Center).

9. After showing landlord the blueprint for operating an airport parking lot, eviction proceedings were commenced against the Debtor and demand was made for repayment of the Promissory Note.

10. Rather than consume the Debtor's resources litigating matters, BMI elected to reorganize the Debtor's financial affairs through the Chapter 11 process. Debtor anticipates restructuring its financial affairs and continuing operations.

**III.   Debtor's Gross Revenue**

11.   Between January and May 2025, BMI generated revenue of approximately $439,000.00.

**IV.   Ownership Interests in the Debtors**

12.   BMI is owned and managed by Mr. Fabian Pourrain who owns 100% of all membership interests and shares in BMI.

**V.   Amounts Owed to Various Classes of Creditors**

13.   As of the Petition Date, BMI believes there are over $200,000.00 of unsecured debt obligations and $3,500.00 due in tax obligations.

**VI.   General Description and Approximate Value of Debtors' Current and Fixed Assets**

14.   The Debtors' main assets include accounts receivable of $12,000.00 (not audited) and vehicles valued at approximately $28,000.00 (not appraised).

**VII.   Number of Employees and Amounts of Wages Owed as of Petition Date**

15.   As of the Petition Date, BMI employs 21 individuals who serve as drivers, runners, dispatchers, and lot managers.

**VIII.   Anticipated emergency relief to be requested within 14 days from the Petition Date**

16.   Debtor does not anticipate request for emergency relief as of the date of this Case Summary.

**RESPECTFULLY SUBMITTED** this 1st day of July, 2025.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE**

**BMI SMART PARKING LOTS, LLC**

**CASE NO.: 6:25-bk-04004-GER**
**CHAPTER 11**

    **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **Debtor's Case Management Summary**, has been furnished either electronically or by U.S. First Class Mail to: **BMI Smart Parking Lots, LLC,** 5282 Patch Road, Orlando, Florida 32822; the parties entitled to receive CM/ECF noticing; the creditors identified on the attached matrix; Aaron Cohen, PO Box 4218, Jacksonville, Florida 32201; and the **Office of the United States Trustee,** 400 West Washington Street, Suite 1100, Orlando, Florida 32801, this 1st day of July 2025.

.

                                                                                       /s/ Daniel A. Velasquez
                                                                                      Daniel A. Velasquez, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-04004-GER<br>Middle District of Florida<br>Orlando<br>Tue Jul  1 20:18:04 EDT 2025 | BMI Smart Parking Lots LLC<br>5282 Patch Rd.<br>Orlando, FL 32822-3313 | Grace E. Robson<br>Orlando<br>, FL |
| Fabian Pourrain<br>5282 Patch Road<br>Orlando, FL 32822-3313 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Harbor RDC Storage, LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | James Walson<br>215 North Eola Dr.<br>Orlando, FL 32801-2028 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Seminole and Patch II, LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 | Seminole and Patch LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 | c/o James E. Walson<br>215 North Eola Dr.<br>Orlando, FL 32801-2028 |
| Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wanda D Murray +<br>United States Department of Justice<br>400 West Washington Street<br>Ste 1100<br>Orlando, FL 32801-2440 |
| Daniel A Velasquez +<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801-3483 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)James Walson<br>215 North Eola Drive<br>Orlando, FL 32801-2028 | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    1<br>Total                 17 |