**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

BMI SMART PARKING LOTS LLC,

      Debtor.
_____/

CASE NO. 6:25-bk-04004-GER
CHAPTER 11

*Subchapter V Election*

**APPLICATION OF BMI SMART PARKING LOTS LLC, TO EMPLOY
DANIEL A. VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA,
EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, AS OF PETITION DATE**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

    Daniel A. Velasquez and The Law Firm of Latham, Luna, Eden & Beaudine, LLP, Counsel for the Debtor ("Applicant") has filed an Application to Employ Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP, as Debtor's Counsel, as of the Petition Date (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Latham, Luna, Eden & Beaudine, LLP, counsel for the Debtor, at (407) 481-5800 or **dvelasquez@lathamluna.com**.

    If you object to the Application, you must file an objection with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801, within 14 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail. If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing.

    If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

---

    **BMI SMART PARKING LOTS LLC,** ("BMI" or "Debtor"), hereby seeks authorization to employ Daniel A. Velasquez and the law firm of Latham, Luna, Eden & Beaudine, LLP, collectivly ("Latham Luna") as its bankruptcy counsel in this case, as of the Petition Date, and, in support thereof, states:

1. On June 27, 225 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code (the "Code") and elected to proceed with its case under the provisions of subchapter V.

2. Debtor desires to employ Latham Luna, under § 327(a) of the Bankruptcy Code, to assist the Debtor in its bankruptcy case with all aspects of the Chapter 11 process.

3. Debtor selected Latham Luna because:

 (a) The partners and associates of Latham Luna have substantial experience in rendering the types of legal services that will be required in this case;

 (b) The partners and associates of Latham Luna are admitted to practice in this Court; and

 (c) Latham Luna will be able to efficiently and cost-effectively render services necessary in this Chapter 11 case.

4. During the pending of this case, legal services will be provided in the following areas:

 (a) advising as to the Debtor's rights and duties in this case;

 (b) preparing pleadings related to this case, including a disclosure statement and plan of reorganization; and

 (c) taking any and all other necessary action incident to the proper preservation and administration of this estate.

5. Latham Luna has represented the Debtor since on or about June 27, 2025 in connection with insolvency counsel and preparation and filing of the voluntary petition under Chapter 11 of the United States Bankruptcy Code ("Code").

6. To the best of Debtor's knowledge, Latham Luna represents no interest adverse to the Debtor or to the estate in matters upon which it is to be engaged, and the employment of Latham Luna would be in the best interest of the estate.

7. Latham Luna has no connection with the creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

8. The terms of employment agreed to between the Debtor and Latham Luna, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of Latham Luna, which rates range from $500.00 for its most experienced attorneys to $105.00 for its most junior paraprofessionals and are subject to periodic adjustment to reflect economic and other considerations. The hourly rates for the attorneys primarily working on this matter are between $275.00 and $475.00 for Daniel Velasquez. Latham Luna will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval.

9. Prior to the commencement of this case, the Debtor paid an advance fee of $14,238.00 for services and expenses to be incurred in connection with creditor negotiations, litigation, preparation of the bankruptcy filing prior to the Chapter 11 Bankruptcy filing.

10. Latham Luna received $3,428.00 on a current basis, for services rendered and costs incurred prior to commencement of this case, including the preparation of the petition for reorganization under Chapter 11 of the Code and all related initial pleadings filed in this case, and prepetition expenses in this case, including the filing fee for the voluntary petition.

**WHEREFORE**, BMI SMART PARKING LOTS, LLC, respectfully requests the entry of an order authorizing it to retain and employ Daniel A. Velasquez and the law firm of Latham, Luna, Eden & Beaudine, LLP, as its bankruptcy counsel in this case, as of the Petition Date, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 2nd day of July 2025.

**RESPECTFULLY SUBMITTED** this ____ day of July 2025.

_____
Fabian Pourtain, Sole-Managing Member of BMI Smart Parking Lots, LLC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**BMI SMART PARKING LOTS LLC,**

      **Debtor.**

_____/

**CASE NO. 6:25-bk-04004-GER**
**CHAPTER 11**

*Subchapter V Election*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **BMI SMART PARKING LOTS LLC**, 5282 Patch Road, Orlando, Florida 32822; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 2nd day of July 2025.
.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**L**ATHAM**, L**UNA**, E**DEN **& B**EAUDINE**, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5801
*Attorney for the Debtor*