| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-04004-GER<br>Middle District of Florida<br>Orlando<br>Wed Jul  2 10:52:40 EDT 2025 | BMI Smart Parking Lots LLC<br>5282 Patch Rd.<br>Orlando, FL 32822-3313 | Grace E. Robson<br>Orlando<br>, FL |
| Fabian Pourrain<br>5282 Patch Road<br>Orlando, FL 32822-3313 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Harbor RDC Storage, LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | James Walson<br>215 North Eola Dr.<br>Orlando, FL 32801-2028 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Seminole and Patch II, LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 | Seminole and Patch LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 | c/o James E. Walson<br>215 North Eola Dr.<br>Orlando, FL 32801-2028 |
| Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wanda D Murray +<br>United States Department of Justice<br>400 West Washington Street<br>Ste 1100<br>Orlando, FL 32801-2440 |
| Daniel A Velasquez +<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801-3483 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)James Walson<br>215 North Eola Drive<br>Orlando, FL 32801-2028 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                  17 |