# EXHIBIT C

| | |
|---|---|
| SEMINOLE AND PATCH, LLC, a Delaware limited liability company, SEMINOLE AND PATCH II, LLC, a Delaware limited liability company, and HARBOR RDC STORAGE, LLC, a California limited liability company, | IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA |
| Plaintiffs, | CASE NO. 2025-CC-011808-O |
| vs. | |
| BMI SMART PARKING LOTS LLC, a Florida limited liability company, | |
| Defendant.                                         / | |

## FINAL JUDGMENT OF EVICTION

THIS CAUSE having come before the Court for consideration upon Plaintiffs' Motion for Entry of Final Judgment of Eviction, and the Court having reviewed the pleadings and other matters of record, and being fully advised in the Premises, it is thereupon ORDERED AND ADJUDGED as follows:

1. Plaintiffs' Motion for Final Judgment of Eviction is hereby GRANTED.

2. The Clerk's Default as to Defendant, BMI SMART PARKING LOTS LLC, is hereby ratified and confirmed.

3. The Court hereby enters a Final Judgment of Eviction in favor of the Plaintiffs, SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, and HARBOR RDC STORAGE, LLC, against Defendant, BMI SMART PARKING LOTS LLC.

4. The Clerk of Court is hereby ordered to issue instanter a Writ of Possession in favor of Plaintiffs and against Defendant, BMI SMART PARKING LOTS LLC, to the Sheriffs of the State of Florida commanding the Sheriff of Orange County, Florida to remove all persons and to place Plaintiff in possession of the following premises:

6302 Seminole Avenue
Orlando, FL 32822

**and**

5282 Patch Road
Orlando, FL 32822

after posting said Writ conspicuously on the premises.

DONE AND ORDERED in Chambers at Orlando, Orange County, Florida.

*eSigned by Martha C. Adams 06/26/2025 14:20:44 z3gay4sc*

Martha C. Adams, County Judge

Page 2 of 2 of Final Judgment of Eviction in SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, and HARBOR RDC STORAGE, LLC vs. BMI SMART PARKING LOTS LLC; Orange County Case No. 2025-CC-011808-O
0304020\210114\15060511v1