# EXHIBIT D

| | |
|---|---|
| SEMINOLE AND PATCH, LLC, a Delaware limited liability company, SEMINOLE AND PATCH II, LLC, a Delaware limited liability company, and HARBOR RDC STORAGE, LLC, a California limited liability company, | IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA |

Plaintiffs,
vs.

CASE NO. 2025-CC-011808-O

BMI SMART PARKING LOTS LLC, a Florida limited liability company,

Defendant.
_____/

## WRIT OF POSSESSION

THE STATE OF FLORIDA:
To the Sheriff of Orange, Florida:

**YOU ARE COMMANDED** to remove all persons from the following described real property in Orange County, Florida and to put Plaintiffs, SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, and HARBOR RDC STORAGE, LLC, in possession of it after twenty-four (24) hours' notice is conspicuously posted on said property:

6302 Seminole Avenue
Orlando, FL 32822

Dated June /27/2025

Tiffany Moore Russell, Clerk of Courts
Civil Division
425 N Orange Ave
Room 350
Orlando, Florida 32801

CLERK OF COUNTY COURT

/s/ Michelle Zayas
_____
By: Deputy Clerk

Contact for Writ:
William Carver
Cell Phone No.: 916-792-1110

Plaintiff's Attorney
James E. Walson, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
P.O. Box 2809
Orlando, FL 32802
Direct: 407-418-6403
(407) 843-4600
James.walson@lowndes-law.com

0304020\210114\15061950v1

| | |
|---|---|
| SEMINOLE AND PATCH, LLC, a Delaware limited liability company, SEMINOLE AND PATCH II, LLC, a Delaware limited liability company, and HARBOR RDC STORAGE, LLC, a California limited liability company, | IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA |

CASE NO. 2025-CC-011808-O

    Plaintiffs,
vs.

BMI SMART PARKING LOTS LLC, a Florida limited liability company,

    Defendant.
_____/

## WRIT OF POSSESSION

THE STATE OF FLORIDA:
To the Sheriff of Orange, Florida:

    **YOU ARE COMMANDED** to remove all persons from the following described real property in Orange County, Florida and to put Plaintiffs, SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, and HARBOR RDC STORAGE, LLC, in possession of it after twenty-four (24) hours' notice is conspicuously posted on said property:

5282 Patch Road<br/>
Orlando, FL 32822

Dated June/27/2025



Tiffany Moore Russell, Clerk of Courts
Civil Division
425 N Orange Ave
Room 350
Orlando, Florida 32801

CLERK OF COUNTY COURT

/s/ Michelle Zayas
_____
By: Deputy Clerk

<u>Contact for Writ:</u>
William Carver
Cell Phone No.: 916-792-1110

<u>Plaintiff's Attorney</u>
James E. Walson, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
P.O. Box 2809
Orlando, FL 32802
Direct: 407-418-6403
(407) 843-4600
James.walson@lowndes-law.com

0304020\210114\15061952v1