# EXHIBIT E

**SPECIAL MAGISTRATE HEARING**
**ORANGE COUNTY, FLORIDA**

JUL 1 4 2025

ORANGE COUNTY, Florida
   Petitioner,

Ref: 654991
Parcel: 14-23-30-5240-04-010

v

**SEMINOLE AND PATCH II LLC 38.656% INT & HARBOR RDC STORAGE LLC 45.637% INT & SEMINOLE AND PATCH LLC 15.707% INT**
   Respondent(s),

### STATEMENT OF VIOLATION AND NOTICE OF HEARING
### Orange County has filed the Code Compliance Action shown below against you

Pursuant to Section 162, Florida Statutes and Chapter 11, Orange County Code, you are hereby called upon to take notice that a PUBLIC HEARING will be conducted in the below-styled cause by the Orange County, Florida Special Magistrate(herein called Special Magistrate), on the **8th day of September 2025, at 1:00 p.m.**, or at such time thereafter as the matter may be heard, in the County Commission Chambers, Orange County Administration Center, 201 South Rosalind Avenue (first floor), Orlando, Florida. The Special Magistrate shall receive testimony and evidence at said PUBLIC HEARING and shall make such findings of fact and conclusions of law as are supported by the testimony and evidence presented by all parties concerning this case. If the violation is corrected and then recurs or if the violation is not corrected by the time specified by the Inspector or Department/Division's Representative in this document, this case may be presented to the Special Magistrate even if the violation has been corrected prior to the Hearing. Your failure to appear will not prevent orders being issued against you.

**IMPORTANTE:** "si no puede hablar inglés, debe traer a alguien para que le traduzca en la audiencia en la fecha y hora mencionadas anteriormente" Si no le es posible leer esta notificacion favor de llamar a nuestras oficinas al 407-836-3111.

**ENPÒTAN:** "si ou pa kapab pale angle, ou dwe mennen yon moun pou tradui pou ou nan odyans lan nan dat ak lè ki pi wo a"

If a person decides to appeal any decision made by the Special Magistrate with respect to any matter considered at this meeting or public hearing, such person will need a record of the proceedings, and may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

I hereby certify that a copy of this Notice of Hearing and Statement of Violation has been sent to the individual(s) shown in the Statement of Violation below by certified mail, return receipt requested.

The undersigned Inspector or Department/Division's Representative hereby certifies that the below-described violation continues to exist, that attempts to secure compliance with the Orange County Code have failed, and that the violation has been referred to the Special Magistrate for public hearing.

1. Location/Address where the violation exists: **6302 SEMINOLE AVE**

2. Names and Address of owner/person in charge of location where violation exists:
   **SEMINOLE AND PATCH II LLC 38.656% INT 901 DOVE ST STE 230 NEWPORT BEACH, CA 92660**
   **HARBOR RDC STORAGE LLC 45.637% INT 901 DOVE ST STE 230 NEWPORT BEACH, CA 92660**
   **SEMINOLE AND PATCH LLC 15.707% INT 901 DOVE ST STE 230 NEWPORT BEACH, CA 92660**

3. Description of Violation:
   **38 1479 Vehicle(s) parked on an unimproved surface.**
   **38 -3, 38-74, 38-77, 38-1426 (a) Accessory structure(s) erected without obtaining Zoning approval and applicable permits, and/or not meeting the development standards.**

4. Date Violation first observed: **May 16, 2025**

5. Date owner/person in charge given notice of violation: **May 19, 2025**

6. Date on/by which violation to be corrected: **June 3, 2025**

**\* Some violations constitute a nuisance and/or hazardous condition which present a serious and continuing danger to the public and/or occupants.**

The Special Magistrate will receive testimony and evidence at said PUBLIC HEARING and shall make findings of fact as are supported by the testimony and evidence pertaining to matters alleged herein.
   NOTICE: If you are going to be represented by an attorney, that attorney should file a Notice of

STEVEN MARCONI

Appearance with the Board, at
2450 W 33rd Street, 2nd floor Orlando FL 32839

Inspector or Department/Division's Representative
Neighborhood Services Division
(407) 836-3111

In accordance with the Americans with disabilities Act (ADA), if any person with a disability as defined by the ADA needs special accommodation to participate in this proceeding, then no later than two(2) business days prior to the proceeding, he or she should visit the Orange County Communication Division, Orange County Administration Center, 201 South Rosalind Avenue,Orlando, FL 32801-3302 or telephone that department at (407) 836-3111

**Si no le es posible leer esta notificacion favor de llamar a nuestras oficinas al (407) 836-3111.**

sm_noh