

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/11/2025 09:45 AM

COURTROOM 6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04004-GER** | 11 | **06/27/2025** |

**Chapter 11**

**DEBTOR:**   BMI Smart Parking Lots LLC

**DEBTOR ATTY:**   Daniel Velasquez

**TRUSTEE:**   Aaron Cohen

**HEARING:**

1)   INITIAL STATUS CONFERENCE:
CONT. STATUS CONFERENCE:
2) cont.   Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries (Doc #14)
(granted on an interim basis Doc #28))
PRELIMINARY HEARING:
3)   Harbor RDC Storage's Verified Motion for Relief from Stay Re: real property known as 6302 Seminole Avenue, Orlando, FL 32822 and 5282 Patch Road, Orlando, FL 32822 in Orange County, Florida. , OR IN THE ALTERNATIVE, ADEQUATE PROTECTION (Doc #34)
PENDING:
-Chapter 11 Plan (Doc #44) SET FOR CONFIRMATION
Note: 7/8/25
341 Concluded: 7/28/25
Claims Deadline: 9/5/25
Sub V Plan Due: 9/5/25
Case Summary (Doc #7)
Schedules (Doc #32)
Pre-Status Conference Report (Doc #39)
Future Hearing:

**APPEARANCES:**:   Daniel Velazquez (Debtor Atty); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US Trustee Atty); Griffin Giroux (Seminole and Patch Atty);

**RULING:**

1)   INITIAL STATUS CONFERENCE:   cont. to September 24, 2025 at 1:30 pm (AOCNFNG);

CONT. STATUS CONFERENCE:

2) cont.   Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries   (Doc #14) - cont. to September 24, 2025 at 1:30 pm:Order by CHAMBERS;

PRELIMINARY HEARING:

3)   Harbor RDC Storage's Verified Motion for Relief from Stay Re: real property known as 6302 Seminole Avenue, Orlando, FL 32822 and 5282 Patch Road, Orlando, FL 32822 in Orange County, Florida. , OR IN THE ALTERNATIVE, ADEQUATE PROTECTION   (Doc #34) - Granted in part as discussed on the record; cont. to final hearing September 24, 2025 at 1:30 pm:Order by GIROUX;

 NOTE;   Chapter 11 Plan (Doc #44) Confirmation to be scheduled for September 24, 2025 at 1:30 pm (**CM ENTER ORDER SCHEDULING CONFIRMATION for 9/24/25 at 1:30 pm**);
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.