**ORDERED.**

Dated: August 12, 2025

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Case No. 6:25-bk-04004-GER |
| BMI Smart Parking Lots LLC, ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |
| ) | |

**ORDER ON MOTION FOR AUTHORITY**
**TO PAY AFFILIATE OFFICER COMPENSATION**

THIS CASE came before the Court on August 11, 2025 at 9:45 a.m. (the "Hearing") for a continued hearing on *Debtor's Emergency Motion for Authority to Pay Affiliate Officer Compensation and Request for Emergency Preliminary Hearing* (the "Motion") (Doc. No. 14) filed by Debtor BMI Smart Parking Lots LLC ("Debtor"). After a hearing held on July 8, 2025, the Court granted the Motion on an interim basis through the date of the Hearing,[1] authorizing Debtor to pay Fabian Pourrain, the sole managing member ("Mr. Pourrain"), a gross bi-monthly salary of $4,025.00. The Court, having considered the record and counsel for Debtor's representation at the Hearing that Mr. Pourrain is not currently receiving a salary, and for the reasons stated in open court, it is

---

[1] *First Interim Order Granting Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries and Notice of Continued Hearing* (Doc. No. 28).

2

**ORDERED:**

1.     The hearing on the Motion (Doc. No. 14) is continued to **September 24, 2025 at 1:30 p.m.** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

2.     Until further order of this Court, Debtor is not authorized to pay Mr. Pourrain a salary.

# # #

Attorney Daniel A. Velasquez is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the Order.