Fill in this information to identify the case:

Debtor Name: **BMI SMART PARKING LOTS LLC**

United States Bankruptcy Court for the:

Case number: **6:25-bk-04004**

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                                12/17

Month: **July 2025**

Line of business: _____

Date report filed: _____ MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **BMI SMART PARKING LOTS LLC**

Original signature of responsible party: _[signature]_

Printed name of responsible party: **FABIAN POUERAIN**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name: BMI SMART PARKING LOTS LLC

Case number: 6:25-bk-04004

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $1,423.36

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**  $65,885.69

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

21. **Total cash disbursements**  −$65,055.06

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

22. **Net cash flow**  +$830.63

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**  =$2,253.99

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $0
    (Exhibit E)

Debtor Name: BMI SMART PARKING LOTS LLC        Case number: 6:25-bk-04004

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables        $ N/A
    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?   21
27. What is the number of employees as of the date of this monthly report?   17

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ N/A
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ N/A
30. How much have you paid this month in other professional fees?   $ 642
31. How much have you paid in total other professional fees since filing the case?   $ N/A

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | Column B<br>Actual<br>Copy lines 20-22 of this report, | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|
| 32. Cash receipts | $ N/A | − $ 65885 69 = | $ N/A |
| 33. Cash disbursements | $ N/A | − $ 65055 06 = | $ N/A |
| 34. Net cash flow | $ N/A | − $ 830 63 = | $ N/A |

35. Total projected cash receipts for the next month:        $ 100,000 —
36. Total projected cash disbursements for the next month:  − $ 94,000 —
37. Total projected net cash flow for the next month:        = $ 9,000 —

Debtor Name **BMI SMART PARKING lots LLC** Case number **6:25-bk-04004**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING 07/01/25 AND ENDING 07/31/25

Name of Debtor: BMI SMART PARKING LOTS LLC    Case Number 6:25-bk-04004
Date of Petition: _____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 1,423.36 (a) | (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 65,885.69 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 65,885.69 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 67,308.05 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | 825 | |
| B. Bank Charges | 75 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 846 | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | 3600 | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 650 | |
| J. Payroll - Net (See Attachment 4B) | 44,363.50 | |
| K. Professional Fees (Accounting & Legal) | 842 | |
| L. Rent | | |
| M. Repairs & Maintenance | 1,860 | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | 173.55 | |
| R. Telephone | 694 | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 723.95 | |
| V. Vehicle Expenses | 360.40 | |
| W. Other Operating Expenses (See MOR-3) | 2340 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 65,055.96 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 2,253.09 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 21 day of August, 2025.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |

TOTAL OTHER RECEIPTS

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |

TOTAL OTHER DISBURSEMENTS

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## CHECK REGISTER

Name of Debtor: **BMI Smart Packing lots LLC**　　Case Number: **6:25-bk-04004**

Reporting Period beginning: **07/01/2025**　　Period ending: **07/31/2025**

NAME OF BANK: **CHASE**　　BRANCH: **Lake Nona**

ACCOUNT NAME: **BMI Smart Packing lots LLC**

ACCOUNT NUMBER: **752248909**

PURPOSE OF ACCOUNT: **Operations Banking Account**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |

TOTAL　　$ **N/A**

**APPENDIX B**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2025 through July 31, 2025

Account Number: 8909



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00586711 DRE 021 210 21325 NNNNNNNNNNNN 1 000000000 64 0000
BMI SMART PARKING LOTS LLC
OLGA ANDRIYANOVA
8966 LOWER CARREL CIR
ORLANDO FL 32827

## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,423.36 |
| Deposits and Additions | 28 | 63,885.69 |
| Electronic Withdrawals | 113 | -65,055.06 |
| Fees | 5 | -75.00 |
| Ending Balance | 146 | $178.99 |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $70.60.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Zelle Payment From Eduardo Perez Cruz 0Pe0Qbf1C739 | $358.75 |
| 07/02 | Orig CO Name:Kodacars         Orig ID:4270465600 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:111000025494426 Eed:250702   Ind ID:St-R1E1R5J6G9G9           Ind Name:Bmi Smart Parking Lots Trn: 1835494426To | 70.52 |
| 07/03 | Chips Credit Via: Bank of America, N.A./0959 B/O: Way Com Inc 945386544 US CA Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/164101945861 945386544 US C A Ogb=/164101945861 Fremont CA 9453 8-6544 Ssn: 00417799 Trn: 0102630184Fc | 18,866.67 |
| 07/03 | Orig CO Name:Kodacars         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000019970842 Eed:250703   Ind ID:St-G7W8G1Y9C5P3           Ind Name:Bmi Smart Parking Lots Trn: 1849970842To | 17.48 |

# CHASE

July 01, 2025 through July 31, 2025

Account Number: 8909

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | Orig CO Name:Kodacars    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000014898677 Eed:250707  Ind ID:St-G8F3X8U0K7Y7    Ind Name:Bmi Smart Parking Lots Trn: 1884898677Tc | 8.74 |
| 07/08 | Chips Credit Via: Wells Fargo Bank, N.A./0407 B/O: Orange Car Trader LLC FL 32812 Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/000009993824953 FL 32812 Og B=Wells Fargo Bank, N.A. San Franci Sco CA US Bbi=/Chgs/USD0,00/Ocmt/US D1300,00/ Ssn: 00509194 Trn: 0129534189Fc | 1,300.00 |
| 07/08 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000020786186 Eed:250708  Ind ID:St-Y7W6B5O3N1D6    Ind Name:Bmi Smart Parking Lots Trn: 1890786186Tc | 8.74 |
| 07/09 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000026143296 Eed:250709  Ind ID:St-B1Q7M9I9A5N3    Ind Name:Bmi Smart Parking Lots Trn: 1906143296Tc | 26.22 |
| 07/10 | Chips Credit Via: Bank of America, N.A./0959 B/O: Way Com Inc 945386544 US CA Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/164101945861 945386544 US C A Ogb=/164101945861 Fremont CA 9453 8-6544 Ssn: 00299304 Trn: 0074129191Fc | 18,866.67 |
| 07/10 | Orig CO Name:Kodacars    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000011127951 Eed:250710  Ind ID:St-C2S0H5M4E5B1    Ind Name:Bmi Smart Parking Lots Trn: 1911127951Tc | 8.74 |
| 07/11 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000029551369 Eed:250711  Ind ID:St-P0O2P7N4Y3T9    Ind Name:Bmi Smart Parking Lots Trn: 1929551369Tc | 8.74 |
| 07/14 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000022891847 Eed:250714  Ind ID:St-F2H2R4O0E2T6    Ind Name:Bmi Smart Parking Lots Trn: 1952891847Tc | 8.74 |
| 07/16 | Orig CO Name:Kodacars    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000014164153 Eed:250716  Ind ID:St-V8X4O3N3I9G3    Ind Name:Bmi Smart Parking Lots Trn: 1974164153Tc | 8.74 |
| 07/17 | Chips Credit Via: Bank of America, N.A./0959 B/O: Way Com Inc 945386544 US CA Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/164101945861 945386544 US C A Ogb=/164101945861 Fremont CA 9453 8-6544 Bbi=/Ocmt/USD18866,67/ Ssn: 00299390 Trn: 0073585198Fc | 18,866.67 |
| 07/17 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000026269026 Eed:250717  Ind ID:St-L9J9U9B3K2B3    Ind Name:Bmi Smart Parking Lots Trn: 1986269026Tc | 17.78 |
| 07/21 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000022725746 Eed:250721  Ind ID:St-F9Z9P7H5K5M1    Ind Name:Bmi Smart Parking Lots Trn: 2022725746Tc | 8.74 |
| 07/24 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000022129203 Eed:250724  Ind ID:St-G2T2S2F6H9K6    Ind Name:Bmi Smart Parking Lots Trn: 2052129203Tc | 17.48 |
| 07/25 | Orig CO Name:Kodacars    Orig ID:4270465600 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:111000027683793 Eed:250725  Ind ID:St-S4M2B3O4V7W4    Ind Name:Bmi Smart Parking Lots Trn: 2067683793Tc | 8.74 |
| 07/28 | Orig CO Name:Kodacars    Orig ID: 800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:043305137041170 Eed:250728  Ind ID:St-X6H4P9X4Z1Z1    Ind Name:Bmi Smart Parking Lots Trn: 2097041170Tc | 8.74 |
| 07/29 | Zelle Payment From Orange Car Trader LLC Wfct0Z3Xgv99 | 1,206.00 |
| 07/29 | Zelle Payment From AZ Trailer Repair Corp Bac11Mgrfhx | 1,000.00 |
| 07/30 | Zelle Payment From Orange Car Trader LLC Wfct0Z42Dz8H | 900.00 |
| 07/30 | Zelle Payment From Arba Express LLC Bacuc7Vhjjj4 | 615.00 |
| 07/30 | Zelle Payment From Eduardo Perez Cruz 0Pe0Wb7127Ew | 358.75 |
| 07/30 | Zelle Payment From Orange Car Trader LLC Wfct0Z423C8Z | 300.00 |

**CHASE**

July 01, 2025 through July 31, 2025

Account Number: 3909



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | Orig CO Name:Kodacars   Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer Sec:CCD  Trace#:091000010807177 Eed.250730  Ind ID:St-U1Q5X9N4W0F1   Ind Name:Bmi Smart Parking Lots Tm: 2110807177Tc | 105.34 |
| 07/31 | Zelle Payment From Orange Car Trader LLC Wfct0Z463R66 | 870.00 |
| 07/31 | Orig CO Name:Kodacars   Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer Sec:CCD  Trace#:091000017167746 Eed:250731  Ind ID:St-J4V1X8O9D0P0   Ind Name:Bmi Smart Parking Lots Tm: 2127167746Tc | 43.70 |

**Total Deposits and Additions**       **$63,885.69**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Zelle Payment To Richard Estevez Jpm99Be4JI5B | $35.00 |
| 07/01 | Zelle Payment To Juan Mecanico Jpm99Be4W170 | 150.00 |
| 07/02 | Zelle Payment To Trash Removal Jpm99Be9Pbs3 | 300.00 |
| 07/02 | Zelle Payment To Richard Estevez Jpm99Bebfq14 | 500.00 |
| 07/02 | Zelle Payment To Gilbert Jpm99Bec2C1Y | 70.00 |
| 07/03 | Zelle Payment To Richard Estevez Jpm99Beedo1Q | 26.08 |
| 07/03 | Zelle Payment To Matias Pourrain Jpm99Beewbxm | 2,400.00 |
| 07/03 | Zelle Payment To Richard Estevez Jpm99Beewj2U | 1,530.00 |
| 07/03 | Zelle Payment To Olga Andriyanova Jpm99Beew7Oc | 2,000.00 |
| 07/03 | Zelle Payment To Matias Pourrain Jpm99Befbzct | 7.27 |
| 07/03 | Zelle Payment To Vans Diego Jpm99Begayb4 | 1,200.00 |
| 07/07 | Zelle Payment To Gilbert Jpm99Beibngp | 210.00 |
| 07/07 | Zelle Payment To Yamileth Bonilla Jpm99Bepldyt | 952.00 |
| 07/07 | Zelle Payment To Gamaniel Driver Jpm99Bepmmgf | 224.00 |
| 07/07 | Zelle Payment To Leodanis Bmi Jpm99Bepmqaa | 1,625.00 |
| 07/07 | Zelle Payment To Josh Bmi Jpm99Bepn2E7 | 1,200.00 |
| 07/07 | Zelle Payment To Leodanis Bmi Jpm99Bepnpou | 1,000.00 |
| 07/07 | Zelle Payment To Jesus Bmi Jpm99Bepoghg | 1,000.00 |
| 07/07 | Zelle Payment To Jonathan Driver Richard Jpm99Bepp4X2 | 1,000.00 |
| 07/07 | Zelle Payment To Bryan Bruno Jpm99Beppm5M | 150.00 |
| 07/07 | Zelle Payment To Marcos Maide Jpm99Bepsh0L | 540.00 |
| 07/07 | Zelle Payment To Artemy Jpm99Bepsix5 | 1,000.00 |
| 07/07 | Zelle Payment To Juan Cdl Jpm99Beqt176 | 559.00 |
| 07/07 | Zelle Payment To Vans Diego Jpm99Besme6 | 500.00 |
| 07/07 | Orig CO Name:Spectrum    Orig ID:0000358635 Desc Date:250704 CO Entry Descr:Spectrum Sec:Web  Trace#:021000024694349 Eed:250707  Ind ID:4166107 Ind Name:Bmi Smart Parking Lots 855-707-7328 Tm: 1884694349Tc | 113.95 |
| 07/07 | Orig CO Name:Att        Orig ID:9864031003 Desc Date:070425 CO Entry Descr:Payment Sec:Tel  Trace#:031100205820996 Eed:250707  Ind ID:275351003Ivr2J Ind Name Bmi Smartparkinglots L Tm: 1885820996Tc | 111.23 |
| 07/07 | Zelle Payment To Richard Estevez Jpm99Bevccsy | 15.54 |
| 07/07 | Zelle Payment To Lifl Transport Jpm99Bevrpqi | 678.00 |
| 07/07 | Zelle Payment To Alain Jpm99Bewohhd | 258.00 |
| 07/08 | Zelle Payment To Omar Bmi VAN 25411377909 | 936.00 |
| 07/08 | Zelle Payment To Juan Galeano Jpm99Bl022Zz | 1,057.50 |
| 07/10 | Zelle Payment To Gilbert Jpm99Bf5T30O | 70.00 |
| 07/10 | Orig CO Name:Duke Energy   Orig ID:9575375002 Desc Date:250710 CO Entry Descr:Duke Pymntsec:Web  Trace#:091000012648328 Eed:250710  Ind ID:910173347725 Ind Name:Bmi Smart Parking Lots Tm: 1912648328Tc | 610.00 |
| 07/10 | Zelle Payment To Vans Diego Jpm99Bf7A7Wn | 1,200.00 |

# CHASE 🏦

July 01, 2025 through July 31, 2025

Account Number: 8909

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/10 | Zelle Payment To Richard Estevez Jpm99Bf7Bx28 | 23.25 |
| 07/10 | Zelle Payment To Jonathan Driver Richard Jpm99Bf7E513 | 600.00 |
| 07/10 | Zelle Payment To Marcos Maide Jpm99Bf7E8DX | 540.00 |
| 07/10 | Zelle Payment To Leodanis Bmi Jpm99Bf7Eaed | 625.00 |
| 07/10 | Zelle Payment To Jesus Bmi Jpm99Bf7Eqae | 488.50 |
| 07/10 | Zelle Payment To Richard Estevez Jpm99Bf8G320 | 12.00 |
| 07/10 | Zelle Payment To Orange Car Trader Jpm99Bf8Tbzs | 500.00 |
| 07/11 | Zelle Payment To Permits Accountants Jpm99Bfbvluy | 682.00 |
| 07/11 | Zelle Payment To Matias Pourrain Jpm99Bfc7J4N | 1,500.00 |
| 07/11 | Zelle Payment To Matias Pourrain Jpm99Bfcwb6A | 26.00 |
| 07/11 | Zelle Payment To Juan Galeano Jpm99Bfcwvzm | 240.00 |
| 07/11 | Zelle Payment To Omar Bmi VAN 25455823020 | 60.00 |
| 07/14 | Zelle Payment To Olga Andriyanova Jpm99Bfgnwqo | 322.50 |
| 07/14 | Zelle Payment To Richard Estevez Jpm99Bfhbfmq | 29.00 |
| 07/14 | Zelle Payment To Permits Accountants Jpm99Bflnv1V | 80.00 |
| 07/14 | Zelle Payment To Orange Car Trader Jpm99Bflwvrf | 346.50 |
| 07/14 | Orig CO Name:Ez Texting   Orig ID:0000602021 Desc Date:250713 CO Entry Descr:Sms  Sec:Web  Trace#:021000022814708 Eed:250714  Ind ID:7529622  Ind Name:Fabian *Pourrain  213-221-2237 Trn: 1952814708Tc | 325.00 |
| 07/14 | Zelle Payment To Lfll Transport Jpm99Bfoc346 | 752.00 |
| 07/15 | Zelle Payment To Matias Pourrain Jpm99Bfqzrwv | 1,050.00 |
| 07/15 | Orig CO Name:Fla Dept Revenue   Orig ID:7596001874 Desc Date:   CO Entry Descr:C01  Sec:CCD  Trace#:091000015038903 Eed:250715  Ind ID:19494695  Ind Name:Bmi Smart Parki     Sales  Tax Trn: 1965038903Tc | 89.70 |
| 07/15 | Orig CO Name:Fla Dept Revenue   Orig ID:7596001874 Desc Date:   CO Entry Descr:C01  Sec:CCD  Trace#:091000015038917 Eed:250715  Ind ID:19494853  Ind Name:Bmi Smart Parki     Sales  Tax Trn: 1965038917Tc | 83.85 |
| 07/15 | Zelle Payment To Olga Andriyanova Jpm99Bft17J8 | 2,500.00 |
| 07/16 | Zelle Payment To Vans Diego Jpm99Bfwtr88 | 600.00 |
| 07/17 | Zelle Payment To Richard Estevez Jpm99Bg0Elgl | 31.29 |
| 07/17 | Zelle Payment To Vans Diego Jpm99Bg0Ngy9 | 600.00 |
| 07/17 | Zelle Payment To Richard Estevez Jpm99Bg1Rq4O | 12.00 |
| 07/17 | Zelle Payment To Julio Gomez Jpm99Bg1Rruf | 448.00 |
| 07/17 | Zelle Payment To Matias Pourrain Jpm99Bg21Aoo | 1,500.00 |
| 07/18 | Zelle Payment To Omar Bmi VAN 25523340420 | 60.00 |
| 07/18 | Zelle Payment To Omar Bmi VAN 25537817209 | 60.00 |
| 07/21 | Zelle Payment To Yamileth Bonilla Jpm99Bgahxml | 1,000.00 |
| 07/21 | Zelle Payment To Richard Estevez Jpm99Bgaibsn | 1,500.00 |
| 07/21 | Zelle Payment To Gamaniel Driver Jpm99Bgaikpk | 1,000.00 |
| 07/21 | Zelle Payment To Leodanis Bmi Jpm99Bgaig9H | 1,482.00 |
| 07/21 | Zelle Payment To Josh Bmi Jpm99Bgaj5Gn | 1,000.00 |
| 07/21 | Zelle Payment To Jesus Bmi Jpm99Bgaiyl9 | 800.00 |
| 07/21 | Zelle Payment To Juan Cdl Jpm99Bgakm3B | 715.00 |
| 07/21 | Zelle Payment To Omar Bmi VAN 25542197632 | 1,235.00 |
| 07/21 | Zelle Payment To Ro Mail 25549187894 | 450.00 |
| 07/21 | Zelle Payment To Matias Pourrain Jpm99Bgdt5Qu | 550.00 |
| 07/21 | Zelle Payment To Jonathan Driver Richard Jpm99Bgfg6Rt | 45.00 |
| 07/21 | Zelle Payment To Lfll Transport Jpm99Bgi9Rdz | 610.00 |
| 07/21 | Zelle Payment To Yamileth Bonilla Jpm99Bgidkkt | 890.00 |
| 07/21 | Zelle Payment To Gamaniel Driver Jpm99Bgidy7A | 170.00 |

# CHASE

July 01, 2025 through July 31, 2025
Account Number: 8909

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/21 | Zelle Payment To Josh Bmi Jpm99Bgidufd | 250.00 |
| 07/21 | Zelle Payment To Jonathan Driver Richard Jpm99Bgidzsi | 500.00 |
| 07/21 | Zelle Payment To Juan Galeano Jpm99Bgiejxr | 1,530.00 |
| 07/21 | Zelle Payment To Juan Carlis Bmi Jpm99Bgifdpx | 240.00 |
| 07/21 | Zelle Payment To Matias Pourrain Jpm99Bgimdgn | 20.00 |
| 07/21 | Zelle Payment To Richard Estevez Jpm99Bgime90 | 20.00 |
| 07/21 | Zelle Payment To Matias Pourrain Jpm99Bgip3P6 | 1,100.00 |
| 07/22 | Zelle Payment To Jesus Bmi Jpm99Bgm94Nk | 448.00 |
| 07/22 | Zelle Payment To Bryan Bruno Jpm99Bgmai99 | 600.00 |
| 07/22 | Zelle Payment To Leodanis Bmi Jpm99Bgmapp2 | 800.00 |
| 07/22 | Zelle Payment To Marcos Maide Jpm99Bgmb87H | 700.00 |
| 07/22 | Zelle Payment To Michael Bruno Jpm99Bgmv7GM | 182.00 |
| 07/22 | Zelle Payment To Jeremy Bruno Jpm99Bgmvoex | 657.00 |
| 07/23 | 07/23 Online Realtime Vendor Payment 11181127299 Payment ID Reference#: 8181127299Rx  To  Goaa 7325 | 335.00 |
| 07/23 | Zelle Payment To Richard Estevez Jpm99Bgpygi4 | 16.00 |
| 07/23 | Zelle Payment To Jeremy Bruno Jpm99Bgq3H5V | 30.00 |
| 07/23 | Zelle Payment To Vans Diego Jpm99Bgr1S5O | 600.00 |
| 07/25 | Zelle Payment To Vans Diego Jpm99Bgxr6Yo | 600.00 |
| 07/25 | Zelle Payment To Matias Pourrain Jpm99Bgykvch | 190.00 |
| 07/25 | Zelle Payment To Matias Pourrain Jpm99Bgymsab | 15.00 |
| 07/25 | Zelle Payment To Richard Estevez Jpm99Bgys0W4 | 148.00 |
| 07/28 | Zelle Payment To Lfll Transport Jpm99Bh3Uqiz | 200.00 |
| 07/28 | Zelle Payment To Juan Rodriguez Bmi 25621710720 | 500.00 |
| 07/28 | Zelle Payment To Matias Pourrain Jpm99Bh48Sp3 | 600.00 |
| 07/28 | Zelle Payment To Richard Estevez Jpm99Bh77Pex | 19.50 |
| 07/28 | Zelle Payment To Matias Pourrain Jpm99Bhadibz | 597.00 |
| 07/28 | Zelle Payment To Richard Estevez Jpm99Bhbeaot | 20.00 |
| 07/29 | 07/29 Online Realtime Vendor Payment 11181820876 Payment ID Reference#: 8181820876Rx  To  Goaa 7325 | 1,205.40 |
| 07/30 | Zelle Payment To Richard Estevez Jpm99Bhj1B2Y | 725.00 |
| 07/30 | Zelle Payment To Vans Diego Jpm99Bhj4F7U | 600.00 |
| 07/30 | Zelle Payment To Leodanis Bmi Jpm99Bhjbmj9 | 575.00 |
| 07/30 | Zelle Payment To Vans Diego Jpm99Bhjd3Zn | 350.00 |
| 07/30 | Zelle Payment To Juan Rodriguez Bmi 25662841926 | 475.00 |
| 07/31 | Zelle Payment To Vans Diego Jpm99Bhnxpdd | 600.00 |
| 07/31 | Zelle Payment To Marcos Maide Jpm99Bho4D30 | 745.00 |
| **Total Electronic Withdrawals** | | **$85,055.06** |



## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Domestic Incoming Wire Fee | $15.00 |
| 07/08 | Domestic Incoming Wire Fee | 15.00 |
| 07/10 | Domestic Incoming Wire Fee | 15.00 |
| 07/17 | Domestic Incoming Wire Fee | 15.00 |
| 07/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$75.00** |



July 01, 2025 through July 31, 2025
Account Number: 8909

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $1,238.36 | 07/14 | 10,548.05 | 07/23 | 2,925.14 |
| 07/02 | 797.63 | 07/15 | 6,824.50 | 07/24 | 2,942.62 |
| 07/03 | 12,503.43 | 07/16 | 6,233.24 | 07/25 | 1,998.36 |
| 07/07 | 1,375.45 | 07/17 | 22,511.40 | 07/28 | 70.60 |
| 07/08 | 675.69 | 07/18 | 22,391.40 | 07/29 | 1,071.20 |
| 07/09 | 701.91 | 07/21 | 7,293.14 | 07/30 | 625.29 |
| 07/10 | 14,893.57 | 07/22 | 3,906.14 | 07/31 | 178.99 |
| 07/11 | 12,394.31 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC