UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

BMI SMART PARKING LOTS, LLC           Case No.: 6:25-bk-04004-GER
                                                              Chapter 11

                Debtor.                   *Subchapter V Election*

## DECLARATION OF NON-COMPLIANCE REGARDING ADEQUATE PROTECTION
(Request for Expedited Consideration)

SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, and HARBOR RDC STORAGE, LLC (collectively "Landlord"), by and through their undersigned counsel, pursuant to this Court's *Order on Verified Motion of Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC For Order Granting Relief from Automatic Stay, or un the Alternative, Adequate Protection* [Doc. No. 51] (the "Order"), hereby files this declaration, and in support thereof states as follows:

The Order delayed consideration of automatic stay relief but granted Landlord's request for adequate protection. In so doing, the Order required Debor to, *inter alia*, "pay post-petition rent… for the months of July and August 2025 (less any payments by the subtenant received by Landlord)… on or before **August 29, 2025**." *Order*, ¶ 2 (emphasis in original). The Order further provided that "If Debtor fails to pay post-petition rent as ordered herein, Landlord may file a declaration of non-compliance, and the Court will set the Motion for an expedited hearing." *Order*, ¶ 4. Debtor has failed to pay the rent due for the months of July and August 2025 on or before August 29, 2025. Thus, Landlord hereby requests the Court to set the Motion for an expedited hearing.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2025.

Philip Scott Ramser, Jr., as Manager of each of Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2025, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and additionally served the foregoing via email to the parties indicated below.

/s/ *Michael S. Provenzale*
Michael S. Provenzale
Fla Bar. No. 0056834
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
215 N. Eola Drive
Orlando, Florida 32801
Telephone: 407-843-4600
Facsimile: 407-843-4444
E-mail: michael.provenzale@lowndes-law.com
*Counsel for Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC*

**SERVED VIA-EMAIL**

**Daniel A Velasquez**
Attorney for Debtors
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801
Email: dvelasquez@lathamluna.com

**Aaron R. Cohen,** *Trustee*
P.O. Box 4218
Jacksonville, FL 32201-4218
aaron@arcohenlaw.com
vanessa@arcohenlaw.com;


ahc@trustesolutions.net;
cahc11@trustesolutions.net;
nick@arcohenlaw.com;

**Audrey M Aleskovsky**
Office of the United States Trustee
George C. Young Federal Building and Courthouse
400 West Washington Street, Suite 1100
Orlando, FL 32801
Email: Audrey.M.Aleskovsky@usdoj.gov

**Wanda D Murray**
United States Department of Justice
400 West Washington Street
Ste 1100
Orlando, FL 32801
Email: wanda.murray@usdoj.gov