United States Bankruptcy Court
Middle District of Florida

In re:                                                                                                  Case No. 25-04004-GER
BMI Smart Parking Lots LLC                                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6                           User: admin                                              Page 1 of 2
Date Rcvd: Sep 05, 2025                        Form ID: Dntchrg                                         Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BMI Smart Parking Lots LLC, 5282 Patch Rd., Orlando, FL 32822-3313 |
| aty | + | Daniel A. Velasquez, Latham, Luna, Eden & Beaudine LLP, 201 S. Orange Ave.,, Suite 1400, Orlando, FL 32801-3483 |
| cr | + | Harbor RDC Storage, LLC, c/o Michael S. Provenzale, 215 N. Eola Drive, Orlando, FL 32801-2028 |
| cr | + | Seminole and Patch II, LLC, c/o Michael S. Provenzale, 215 N. Eola Drive, Orlando, FL 32801-2028 |
| cr | + | Seminole and Patch, LLC, c/o Michael S. Provenzale, 215 N. Eola Drive, Orlando, FL 32801-2028 |
| 31696259 | + | Fabian Pourrain, 5282 Patch Road, Orlando, FL 32822-3313 |
| 31743654 | + | Francisco Nunez, 5282 Patch Rd., #100, Orlando, Florida 32822-3313 |
| 31696260 | + | Harbor RDC Storage, LLC, 901 Dove Street, Suite 230, Newport Beach, CA 92660-3029 |
| 31696261 | + | James Walson, 215 North Eola Drive, Orlando, FL 32801-2028 |
| 31743658 | + | Michael S. Provenzale, 215 North Eola Drive, Orlando, Florida 32801-2028 |
| 31743655 | + | Palmdale Oil Company, 7111 Fairway Drive, Suite 450, Palm Beach Gardens, Florida 33418-4200 |
| 31847456 | + | SEMINOLE AND PATCH LLC, SEMINOLE AND PATCH II, LLC, C/O MICHAEL PROVENZALE, 215 N. EOLA DRIVE, ORLANDO FL 32801-2028 |
| 31743656 | | Samantha Carrillo, 6302 Seminole Ave., Orlando, Florida 32822 |
| 31696263 | + | Seminole and Patch II, LLC, 901 Dove Street, Suite 230, Newport Beach, CA 92660-3029 |
| 31696264 | + | Seminole and Patch LLC, 901 Dove Street, Suite 230, Newport Beach, CA 92660-3029 |
| 31709867 | + | Seminole and Patch, LLC,, Seminole and Patch II, LLC,, Harbor RDC Storage, LLC, C/O Michael S. Provenzale, 215 N. Eola Drive Orlando FL 32801-2028 |
| 31743657 | + | Yilber Arraiz, 5282 Patch Rd., Orlando, Florida 32822-3313 |
| 31696258 | + | c/o James E. Walson, 215 North Eola Dr., Orlando, FL 32801-2028 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31696256 | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 05 2025 22:09:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31696257 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2025 22:10:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31696255 | + | Email/Text: Bankruptcy@octaxcol.com | Sep 05 2025 22:10:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 31836871 | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 05 2025 22:09:00 | State of Florida - Department of Revenue, Frederick F. Rudzik, Post Office Box 6668, Tallahassee, Florida 32314-6668 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31696262 | *+ | James Walson, 215 North Eola Dr., Orlando, FL 32801-2028 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 05, 2025 | Form ID: Dntchrg | Total Noticed: 22 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com  vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net,nick@arcohenlaw.com |
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL Audrey.M.Aleskovsky@usdoj.gov |
| Daniel A Velasquez | on behalf of Debtor BMI Smart Parking Lots LLC dvelasquez@lathamluna.com  bknotice1@lathamluna.com |
| Michael S Provenzale | on behalf of Creditor Harbor RDC Storage  LLC michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| Michael S Provenzale | on behalf of Creditor Seminole and Patch II  LLC michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| Michael S Provenzale | on behalf of Creditor Seminole and Patch  LLC michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| United States Trustee - ORL | USTP.Region21.OR.ECF@usdoj.gov |
| Wanda D Murray | on behalf of U.S. Trustee United States Trustee - ORL wanda.murray@usdoj.gov |

TOTAL: 8

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BMI Smart Parking Lots LLC

Case Number:
6:25−bk−04004−GER
Chapter 11

_____Debtor*_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Grace E. Robson will conduct a non−evidentiary hearing on **September 24, 2025 at 01:30 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** to consider the following:

**Motion to Dismiss Case or Convert Case to Chapter 7. Filed by U.S. Trustee (Document No. 54)**

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407−237−8141 no later than 3:00 p.m. one business day before the date of the hearing.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  September 4, 2025

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

[*]All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.