UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

BMI SMART PARKING LOTS, LLC                    Case No.: 6:25-bk-04004-GER
                                               Chapter 11

                    Debtor.                    *Subchapter V Election*

_____

**APPLICATION OF SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, AND HARBOR RDC STORAGE, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

> NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy on the movant's attorney, Michael S. Provenzale, Lowndes, Drosdick, Doster, Kantor & Reed, P.A., 215 N. Eola Drive, Orlando Florida 32801, and any other appropriate persons within **21** days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in the paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, and HARBOR RDC STORAGE, LLC (collectively "Landlord"), by and through their undersigned counsel, hereby requests entry of an order authorizing and directing the allowance of and immediate payment of

its administrative expense claim identified herein, and in accordance with the applicable provisions of the Bankruptcy Code.

In support of this application, Landlord respectfully states as follows:

**Background and Facts**

1.      On June 27, 2025 (the "Petition Date"), BMI SMART PARKING LOTS, LLC ("Debtor") filed its Chapter 11, Subchapter V petition for relief with this Court.

2.      On or about August 8, 2024, Landlord and Debtor entered into that certain *Commercial Real Estate Lease* for the leasing of real property known as 6302 Seminole Avenue, Orlando, FL 32822 and 5282 Patch Road, Orlando, FL 32822 in Orange County, Florida (the "Premises"), a true and correct copy which is attached hereto as **Exhibit A**. On or about January 24, 2025, Landlord and Debtor entered into that certain *First Amendment to Commercial Real Estate Lease*, a true and correct copy of which is attached hereto as **Exhibit B** (together referred to herein as the "Lease").

3.      The Debtor has not yet assumed or rejected the Lease but has indicated its intent to assume the Lease in its proposed *Subchapter V Plan of Reorganization for BMI Smart Parking Lots, LLC* (Doc. No. 44) (the "Plan").

4.      Landlord is owed administrative Rent under the Lease for the months of July, August and September of 2025 (and thereafter to the extent the debtor remains in possession of the Premises during these proceedings), totaling $213,846.27, as set forth on the attached **Exhibit C**.

**Entitlement to Administrative Claim**

5.      Section 503(b) of the Bankruptcy Code, which governs the allowance of administrative claims, provides that, there shall be allowed administrative expenses for the actual, necessary costs and expenses of preserving the estate. 11 U.S.C. § 503(b).

2

6.      Post-petition rent is entitled to treatment as an administrative expense. See, e.g., In re Florida Lifestyle Apparel, Inc., 221 B.R. 897 (Bankr. M.D. Fla. 1997).

7.      Landlord has an administrative claim of $213,846.27, as of September 10, 2025, for its services rendered for the preservation of the estate (the "Administrative Expense Claim"). Landlord requests that its Administrative Expense Claim be paid by the Estate.

### Reservation of Rights

8.      Landlord reserves its right to assert additional claims against the Debtor, and to modify, supplement or amend this Administrative Expense Claim and its Proof of Claim.

WHEREFORE, Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC, respectfully request that the Court enter an order (i) granting or approving this Application; (ii) allowing Landlord an administrative expense claim in the amount of not less than $213,846.27, as of September 10, 2025; (iii) directing the Estate to pay the allowed administrative expense to Landlord in accordance with the applicable provisions of the Bankruptcy Code; and (iv) granting such further relief as the Court deems appropriate.

/s/ Michael S. Provenzale
Michael S. Provenzale
Fla Bar. No. 0056834
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
215 N. Eola Drive
Orlando, Florida 32801
Telephone: 407-843-4600
Facsimile: 407-843-4444
E-mail: michael.provenzale@lowndes-law.com
Counsel for Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2025 I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and the parties on the attached mailing matrix.

*/s/ Michael S. Provenzale*
Michael S. Provenzale

0304020\210114\15347240v1