UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

BMI SMART PARKING LOTS, LLC          Case No.: 6:25-bk-04004-GER
                                     Chapter 11

          Debtor.                    *Subchapter V Election*

---

### NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Grace E. Robson will conduct a preliminary hearing in this case on September 24, 2025 at 1:30 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, Florida on the following matter:

APPLICATION OF SEMINOLE AND PATCH, LLC, SEMINOLE AND PATCH II, LLC, AND HARBOR RDC STORAGE, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE [DOC. #58]

2. All parties may attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

*/s/ Michael S. Provenzale*
Michael S. Provenzale
Fla Bar. No. 0056834
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
215 N. Eola Drive
Orlando, Florida 32801
Telephone: 407-843-4600
Facsimile: 407-843-4444
E-mail: michael.provenzale@lowndes-law.com

0304020\210114\15380063v1

*Counsel for Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12th 2025 I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and to the Debtor at: BMI Smart Parking Lots LLC, 5282 Patch Rd., Orlando, FL 32822.

*/s/ Michael S. Provenzale*
Michael S. Provenzale