**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

BMI SMART PARKING LOTS, LLC  Case No.: 6:25-bk-04004-GER
  Chapter 11

    Debtor.  *Subchapter V Election*
_____/

**LANDLORD'S EXHIBIT LIST**

*Hearing Date: September 24, 2025*

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Commercial Real Estate Lease | | | |
| 2 | First Amendment to Commercial Real Estate Lease, Promissory Note, and Guaranty of Lease and Promissory Note | | | |
| 3 | Monetary Demand Letter dated May 30, 2025 | | | |
| 4 | Case Management Summary [Doc. 7] | | | |
| 5 | Notice of Filing Financial Statements [Doc. 23] | | | |
| 6 | Schedules [Doc. 32] | | | |
| 7 | Debtor's Chapter 11 Plan [Doc. 44] | | | |
| 8 | Debtor's Monthly Operating Report [Doc. 52] | | | |
| 9 | Landlord's July Invoices to Debtor | | | |
| 10 | Landlords' August Invoices to Debtor | | | |
| 11 | Landlord's September Invoices to Debtor | | | |

/s/ Michael S. Provenzale
Michael S. Provenzale
Fla Bar. No. 0056834
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
215 N. Eola Drive
Orlando, Florida 32801
Telephone: 407-843-4600
Facsimile: 407-843-4444
E-mail: michael.provenzale@lowndes-law.com
*Counsel for Seminole and Patch, LLC, Seminole and Patch II, LLC, and Harbor RDC Storage, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2025 I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and to the Debtor at: BMI Smart Parking Lots LLC, 5282 Patch Rd., Orlando, FL 32822.

/s/ Michael S. Provenzale
Michael S. Provenzale