# Exhibit Cover Sheet

**Party submitting: Seminole and Patch, LLC, Seminole and Patch II, LLC and Harbor RDC Storage, LLC**

**Ex. # 11**

**Admitted: Yes or No (circle one)**

**Debtor: BMI Smart Parking Lots, LLC**

**Case No.: 6:25-bk-04004-GER**

*Subchapter V Election*

**Nature of Hearing/ Docket No: 34**

**Hearing on Verified Motion for Order Granting Relief from Automatic Stay, or In the Alternative, Adequate Protection.**

---

**United States Bankruptcy Court
Middle District of Florida**

**Dated September 24, 2025**

**By: _____ , Deputy Clerk**

RVSD Management Inc.
901 Dove Street Suite 230
Newport Beach CA 92260
United States

# Invoice
#INV407
09/01/2025

**Bill To**
BMI Smart Parking Lots LLC
8966 Lower Carrel Circle
Attn: Fabian Pourrain
Orlando FL 32827
United States

**Ship To**
BMI Smart Parking Lots LLC
8966 Lower Carrel Circle
Attn: Fabian Pourrain
Orlando FL 32827
United States

**TOTAL**

## $63,129.75

Due Date: 09/01/2025

| Terms | Due Date | PO # | Sales Rep | Shipping Method |
|---|---|---|---|---|
| Due on receipt | 09/01/2025 | | | |

| Qty | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **Tenant Rent - 6302 Seminole**<br>September 2025 Rent - 6302 Seminole | | $51,030.00 | $51,030.00 |
| 1 | **Tenant CAM Expense Reimbursements - 6302 Seminole**<br>September 2025 Expense Reimbursements - 6302 Seminole | | $10,560.00 | $10,560.00 |
| 1 | **Sales Tax (FL)**<br>Florida Sales Tax on rent and CAM (2.0% State commercial rate + 0.5% Orange County local rate) | | $1,539.75 | $1,539.75 |

PLEASE REMIT PAYMENT VIA ACH OR WIRE TO:

Bank: Umpqua Bank, 1 SW Columbia Ste 1200, Portland, OR 97258
ABA Routing Number: 123205054
Beneficiary: Truck Storage Depot-Seminole & Patch, 901 Dove Street Ste 230, Newport Beach, CA 92660
Account Number: 4865216735

| | | |
|---|---|---|
| | **Subtotal** | $63,129.75 |
| | **Tax (0%)** | $0.00 |
| | **Total** | $63,129.75 |

1 of 1


INV407

RVSD Management Inc.
901 Dove Street Suite 230
Newport Beach CA 92260
United States

# Invoice
#INV408
09/01/2025

**Bill To**
BMI Smart Parking Lots LLC
8966 Lower Carrel Circle
Attn: Fabian Pourrain
Orlando FL 32827
United States

**Ship To**
BMI Smart Parking Lots LLC
8966 Lower Carrel Circle
Attn: Fabian Pourrain
Orlando FL 32827
United States

**TOTAL**

## $22,652.50

Due Date: 09/01/2025

| Terms | Due Date | PO # | Sales Rep | Shipping Method |
|---|---|---|---|---|
| Due on receipt | 09/01/2025 | | | |

| Qty | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **Tenant Rent - 5282 Patch**<br>September 2025 Rent - 5282 Patch | | $18,900.00 | $18,900.00 |
| 1 | **Tenant CAM Expense Reimbursements - 5282 Patch**<br>September 2025 Expense Reimbursements - 5282 Patch | | $3,200.00 | $3,200.00 |
| 1 | **Sales Tax (FL)**<br>Florida Sales Tax on rent and CAM (2.0% State commercial rate + 0.5% Orange County local rate) | | $552.50 | $552.50 |

PLEASE REMIT PAYMENT VIA ACH OR WIRE TO:

Bank: Umpqua Bank, 1 SW Columbia Ste 1200, Portland, OR 97258
ABA Routing Number: 123205054
Beneficiary: Truck Storage Depot-Seminole & Patch, 901 Dove Street Ste 230, Newport Beach, CA 92660
Account Number: 4865216735

| | |
|---|---|
| **Subtotal** | $22,652.50 |
| **Tax (0%)** | $0.00 |
| **Total** | $22,652.50 |


INV408

1 of 1

RVSD Management Inc.
901 Dove Street Suite 230
Newport Beach CA 92260
United States

# Invoice
#INV410
09/06/2025

**Bill To**
BMI Smart Parking Lots LLC
8966 Lower Carrel Circle
Attn: Fabian Pourrain
Orlando FL 32827
United States

**Ship To**
BMI Smart Parking Lots LLC
8966 Lower Carrel Circle
Attn: Fabian Pourrain
Orlando FL 32827
United States

**TOTAL**

$4,289.12

Due Date: 09/06/2025

| Terms | Due Date | PO # | Sales Rep | Shipping Method |
|---|---|---|---|---|
| Due on receipt | 09/06/2025 | | | |

| Qty | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **Expense Reimbursements**<br>September 2025 Late Payment Fee - 6302 Seminole | | $3,156.49 | $3,156.49 |
| 1 | **Expense Reimbursements**<br>September 2025 Late Payment Fee - 5282 Patch | | $1,132.63 | $1,132.63 |

PLEASE REMIT PAYMENT VIA ACH OR WIRE TO:

Bank: Umpqua Bank, 1 SW Columbia Ste 1200, Portland, OR 97258
ABA Routing Number: 123205054
Beneficiary: Truck Storage Depot-Seminole & Patch, 901 Dove Street Ste 230, Newport Beach, CA 92660
Account Number: 4865216735

|  |  |
|---|---|
| Subtotal | $4,289.12 |
| Tax (0%) | $0.00 |
| **Total** | **$4,289.12** |


INV410

1 of 1