**Fill in this information to identify the case:**

Debtor Name: BMI SMART PARKING LOTS LLC

United States Bankruptcy Court for the:

Case number: 6:25-bk-04004

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: August 2025

Date report filed: _____ MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: BMI SMART PARKING LOTS LLC

Original signature of responsible party: _[signature]_

Printed name of responsible party: FABIAN POUERAIN

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ✓ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ✓ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ✓ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ✓ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ✓ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ✓ | ☐ |
| 7. | Have you timely filed all other required government filings? | ✓ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✓ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ✓ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ✓ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ✓ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✓ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ✓ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ✓ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✓ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ✓ | ☐ |

Debtor Name: BMI SMART Parking Lots LLC    Case number: 6:25-bk-04004



17. Have you paid any bills you owed before you filed bankruptcy?
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $2,253.98

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts** — $54,616.45

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

21. **Total cash disbursements** — -$54,261.92

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

22. **Net cash flow** — +$354.53

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** — =$2,607.82

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $0
    (Exhibit E)

Debtor Name **BMI SMART PARKING LOTS LLC**   Case number **6:25-bk-04004**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                $ **N/A**

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   **21**
27. What is the number of employees as of the date of this monthly report?   **17**

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ **N/A**
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ **N/A**
30. How much have you paid this month in other professional fees?   $ **N/A**
31. How much have you paid in total other professional fees since filing the case?   $ **N/A**

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 100,000 | – | $ 54,616.45 | = | $ 45,383.55 |
| 33. Cash disbursements | $ 95,000 | – | $ 54,261.92 | = | $ 40,738.08 |
| 34. Net cash flow | $ 5,000 | – | $ 354.53 | = | $ 4,645.47 |

35. Total projected cash receipts for the next month:           $ **100,000**
36. Total projected cash disbursements for the next month:   – $ **95,000**
37. Total projected net cash flow for the next month:           = $ **5,000**

Debtor Name  BMI SMART Parking Lots LLC    Case number 6:25-bk-04004

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING __08/01/25__ AND ENDING __08/31/25__

Name of Debtor: BHI SMART PARKING LOTS LLC   Case Number
Date of Petition: _____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 2,253.09 (a) | _____ (b) |
| 2. RECEIPTS: |  |  |
| A. Cash Sales | 54,616.45 |  |
| Minus: Cash Refunds | (-) |  |
| Net Cash Sales |  |  |
| B. Accounts Receivable |  |  |
| C. Other Receipts (See MOR-3) |  |  |
| (If you receive rental income, you must attach a rent roll.) |  |  |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 54,616.45 |  |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 56,869.54 |  |
| 5. DISBURSEMENTS |  |  |
| A. Advertising | 575 |  |
| B. Bank Charges | 100.40 |  |
| C. Contract Labor |  |  |
| D. Fixed Asset Payments (not incl. in "N") |  |  |
| E. Insurance |  |  |
| F. Inventory Payments (See Attach. 2) |  |  |
| G. Leases | 3050 |  |
| H. Manufacturing Supplies |  |  |
| I. Office Supplies | 961 |  |
| J. Payroll - Net (See Attachment 4B) | 43,251.36 |  |
| K. Professional Fees (Accounting & Legal) |  |  |
| L. Rent |  |  |
| M. Repairs & Maintenance | 1797 |  |
| N. Secured Creditor Payments (See Attach. 2) |  |  |
| O. Taxes Paid - Payroll (See Attachment 4C) |  |  |
| P. Taxes Paid - Sales & Use (See Attachment 4C) |  |  |
| Q. Taxes Paid - Other (See Attachment 4C) |  |  |
| R. Telephone |  |  |
| S. Travel & Entertainment |  |  |
| Y. U.S. Trustee Quarterly Fees | 1000 |  |
| U. Utilities | 1068 |  |
| V. Vehicle Expenses | 2202.96 |  |
| W. Other Operating Expenses (See MOR-3) |  |  |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 54,261.92 |  |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 2,607.82 (c) | _____ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __21__ day of __September__, 20__25__ .

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-1


## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |

TOTAL OTHER RECEIPTS

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |

TOTAL OTHER DISBURSEMENTS

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## CHECK REGISTER

Name of Debtor: __BMI Smart Parking Lots LLC__   Case Number: __6:25-bk-04004__

Reporting Period beginning: __08/01/2025__   Period ending: __08/31/2025__

NAME OF BANK: __Chase__   BRANCH: __Lake Nona__

ACCOUNT NAME: __BMI Smart Parking Lots LLC__

ACCOUNT NUMBER: __8809__

PURPOSE OF ACCOUNT: __Operations Banking Account__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 08/15 | 2001 | Aaron Cohen | Bankruptcy Attorney | $1000.— |

TOTAL                                                                                   $1000.—

**APPENDIX B**

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2025 through August 29, 2025
Account Number: 18909

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00588050 DRE 021 210 24225 NNNNNNNNNNN  1 000000000 64 0000
BMI SMART PARKING LOTS LLC
OLGA ANDRIYANOVA
8966 LOWER CARREL CIR
ORLANDO FL 32827



## How we treat third-party endorsed check deposits is changing

A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

You can find this update in Section III. A. *Our rights and responsibilities for deposits*, within the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have questions, please don't hesitate to contact us by calling the number on this statement.

## CHECKING SUMMARY  Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $178.99 |
| Deposits and Additions | 30 | 54,616.45 |
| Checks Paid | 1 | -1,000.00 |
| Electronic Withdrawals | 93 | -53,161.32 |
| Fees | 6 | -100.40 |
| Ending Balance | 130 | $533.72 |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $57.76.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

Page 1 of 6

# CHASE 🟦

August 01, 2025 through August 29, 2025

Account Number: 18909

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Zelle Payment From AZ Trailer Repair Corp Bacxozq82Ryt | $600.00 |
| 08/04 | Chips Credit Via: Bank of America, N.A./0959 B/O: Way Com Inc 945386544 US Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/164101945861 945386544 US O Gb=/164101945861 Fremont CA 94538-6 544 Bbi=/Ocmt/USD14000,00/ Ssn: 00620797 Trn: 0147741216Fc | 14,000.00 |
| 08/04 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000019643575 Eed:250804  Ind ID:St-U8N1Z0P4Z3B1  Ind Name:Bmi Smart Parking Lots Trn: 2169643575Tc | 8.74 |
| 08/05 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000013615386 Eed:250805  Ind ID:St-B0W5M3S9W4P0  Ind Name:Bmi Smart Parking Lots Trn: 2173615386Tc | 17.48 |
| 08/06 | Orig CO Name:Kodacars  Orig ID:4270465600 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:111000025131876 Eed:250806  Ind ID:St-O4J3B8O6Y5P1  Ind Name:Bmi Smart Parking Lots Trn: 2185131876Tc | 186.39 |
| 08/07 | Chips Credit Via: Bank of America, N.A./0959 B/O: Way Com Inc 945386544 US Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/164101945861 945386544 US O Gb=/164101945861 Fremont CA 94538-6 544 Bbi=/Ocmt/USD14000,00/ Ssn: 00321251 Trn: 0077302219Fc | 14,000.00 |
| 08/07 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000011967746 Eed:250807  Ind ID:St-D7T2Z1T5A3I0  Ind Name:Bmi Smart Parking Lots Trn: 2191967746Tc | 26.22 |
| 08/08 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000018264466 Eed:250808  Ind ID:St-P3Z4H7F8Z7E4  Ind Name:Bmi Smart Parking Lots Trn: 2208264466Tc | 17.48 |
| 08/11 | Orig CO Name:Kodacars  Orig ID:4270465600 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:111000023443382 Eed:250811  Ind ID:St-A4P1F9H6U3T8  Ind Name:Bmi Smart Parking Lots Trn: 2233443382Tc | 35.56 |
| 08/12 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000013481252 Eed:250812  Ind ID:St-U3H5R5J8G8K2  Ind Name:Bmi Smart Parking Lots Trn: 2243481252Tc | 8.74 |
| 08/13 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000015192197 Eed:250813  Ind ID:St-A2P0W0G0A2W0  Ind Name:Bmi Smart Parking Lots Trn: 2255192197Tc | 298.60 |
| 08/14 | Chips Credit Via: Bank of America, N.A./0959 B/O: Way Com Inc 945386544 US Ref: Nbnf=Bmi Smart Parking Lots LLC Olga Orlando FL 32827 US/Ac-0000000075 22 Org=/164101945861 945386544 US O Gb=/164101945861 Fremont CA 94538-6 544 Bbi=/Ocmt/USD14000,00/ Ssn: 00334945 Trn: 0085625226Fc | 14,000.00 |
| 08/14 | Orig CO Name:Kodacars  Orig ID:4270465600 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:111000027430525 Eed:250814  Ind ID:St-S0D4P6A7Y5A4  Ind Name:Bmi Smart Parking Lots Trn: 2267430525Tc | 35.26 |
| 08/15 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000013229114 Eed:250815  Ind ID:St-U4Q1Q1M9X5D4  Ind Name:Bmi Smart Parking Lots Trn: 2273229114Tc | 8.74 |
| 08/18 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000016956934 Eed:250818  Ind ID:St-X3M7N0M4A3J8  Ind Name:Bmi Smart Parking Lots Trn: 2306956934Tc | 8.74 |
| 08/19 | Zelle Payment From Fabian Pourrain Wfct0Z65T2D3 | 4,800.00 |
| 08/19 | Orig CO Name:Kodacars  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000011238083 Eed:250819  Ind ID:St-N7V8U9P0S0O7  Ind Name:Bmi Smart Parking Lots Trn: 2311238083Tc | 17.48 |
| 08/20 | Orig CO Name:Kodacars  Orig ID:4270465600 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:111000022657048 Eed:250820  Ind ID:St-X6R8D9N0F6G5  Ind Name:Bmi Smart Parking Lots Trn: 2322657048Tc | 125.05 |
| 08/21 | Zelle Payment From Orange Car Trader LLC Wfct0Z6Ch32J | 600.00 |
| 08/21 | Orig CO Name:Kodacars  Orig ID:4270465600 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:111000026964261 Eed:250821  Ind ID:St-J7G6E9E3E4Y8  Ind Name:Bmi Smart Parking Lots Trn: 2336964261Tc | 26.22 |
| 08/22 | Zelle Payment From Orange Car Trader LLC Wfct0Z6Gkxnt | 900.00 |



August 01, 2025 through August 29, 2025
Account Number:  8909

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | Orig CO Name:Kodacars          Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD  Trace#:091000011950859 Eed:250822  Ind ID:St-Y2B1Z0X8E9J3          Ind Name:Bmi Smart Parking Lots Trn: 2341950859Tc | 71.31 |
| 08/25 | Zelle Payment From Fabian Pourrain Wfct0Z6Lr9Js | 600.00 |
| 08/26 | Zelle Payment From Fabian Pourrain Wfct0Z6Sxl9T | 1,250.00 |
| 08/27 | Orig CO Name:Kodacars          Orig ID:4270465600 Desc Date:      CO Entry Descr:Transfer Sec:CCD  Trace#:111000022086209 Eed:250827  Ind ID:St-P0N7U5T3P1L4          Ind Name:Bmi Smart Parking Lots Trn: 2392086209Tc | 133.19 |
| 08/28 | Zelle Payment From AZ Trailer Repair Corp Bacsbss9Xdak | 1,350.00 |
| 08/28 | Zelle Payment From Orange Car Trader LLC Wfct0Z725M5B | 500.00 |
| 08/28 | Zelle Payment From Eduardo Perez Cruz 0Pe0Ibl1Eif8 | 358.75 |
| 08/28 | Orig CO Name:Kodacars          Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD  Trace#:091000010855831 Eed:250828  Ind ID:St-A2T5T2T5L1B4          Ind Name:Bmi Smart Parking Lots Trn: 2400855831Tc | 17.50 |
| 08/29 | Zelle Payment From Arba Express LLC Bacuehmi849Z | 615.00 |
| **Total Deposits and Additions** | | **$54,616.45** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2001 ^ | | 08/15 | $1,000.00 |
| **Total Checks Paid** | | | **$1,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Zelle Payment To Driver Gas Jpm99Bhpjgg5 | $70.00 |
| 08/01 | Zelle Payment To Marcos Maide Jpm99Bhvmm97 | 500.00 |
| 08/04 | Orig CO Name:Duke Energy       Orig ID:9575375002 Desc Date:250804 CO Entry Descr:Duke Pymntsec:Web   Trace#:091000016045267 Eed:250804   Ind ID:910172770839 Ind Name:Bmi Smart Parking Lots Trn: 2166045267Tc | 225.00 |
| 08/05 | Orig CO Name:Achma Visb        Orig ID:0000751800 Desc Date:250805 CO Entry Descr:Bill Pymntsec:Web    Trace#:021000023935843 Eed:250805   Ind ID:6261487 Ind Name:Fabian *Pourrain 800-922-0204 Trn: 2173935843Tc | 829.00 |
| 08/05 | Zelle Payment To Matias Pourrain Jpm99Bic3Sua | 110.00 |
| 08/05 | Zelle Payment To Matias Pourrain Jpm99Biciggp | 45.00 |
| 08/05 | Zelle Payment To Juan Rodriguez Bmi 25746810348 | 1,053.00 |
| 08/05 | Zelle Payment To Yamileth Bonilla Jpm99Bidfygh | 1,500.00 |
| 08/05 | Zelle Payment To Josh Bmi Jpm99Bidg07E | 1,000.00 |
| 08/05 | Zelle Payment To Juan Cdl Jpm99Bidhfr9 | 565.50 |
| 08/05 | Zelle Payment To Santi Cdl Jpm99Bidgxe5 | 416.00 |
| 08/05 | Zelle Payment To Michael Bruno Jpm99Bidhm5P | 280.00 |
| 08/05 | Zelle Payment To Alejo Lopez Jpm99Bidis6N | 1,372.00 |
| 08/05 | Zelle Payment To Bryan Bruno Jpm99Biditlr | 250.00 |
| 08/05 | Zelle Payment To Omar Bmi VAN 25747090427 | 898.00 |
| 08/05 | Zelle Payment To Jesus Bmi Jpm99Bidkmnp | 421.00 |
| 08/05 | Zelle Payment To Jonathan Driver Richard Jpm99Bidkd6Y | 213.00 |
| 08/05 | Zelle Payment To Jeremy Bruno Jpm99Bidl8B4 | 800.00 |
| 08/05 | Zelle Payment To Leodanis Bmi Jpm99Bidnb1H | 702.00 |





August 01, 2025 through August 29, 2025
Account Number: 3909

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Zelle Payment To Gamaniel Driver Jpm99Bigw5Q0 | 832.00 |
| 08/06 | Zelle Payment To Driver Gas Jpm99Bigw7Ez | 832.00 |
| 08/06 | Zelle Payment To Jeremy Bruno Jpm99Bigwyqp | 127.50 |
| 08/06 | Zelle Payment To Matias Pourrain Jpm99Bihe2Jt | 40.00 |
| 08/07 | Orig CO Name:Duke Energy  Orig ID:9575375002 Desc Date:250807 CO Entry Descr:Duke Pymntsec:Web  Trace#:091000013338218 Eed:250807  Ind ID:910173347725 Ind Name:Bmi Trn: 2193338218Tc | 630.00 |
| 08/07 | Zelle Payment To Vans Diego Jpm99Bijw0Qz | 650.00 |
| 08/07 | Zelle Payment To Josh Bmi Jpm99Bik2Qf1 | 500.00 |
| 08/07 | Zelle Payment To Yamileth Bonilla Jpm99Bik2Rz2 | 500.00 |
| 08/07 | Zelle Payment To Marcos Maide Jpm99Bik2Szs | 674.50 |
| 08/07 | Zelle Payment To Juan Galeano Jpm99Bik2Nxp | 1,000.00 |
| 08/07 | Zelle Payment To Artemy Jpm99Bik3Cnz | 500.00 |
| 08/07 | Zelle Payment To Olga Andriyanova Jpm99Bik5Qf0 | 2,000.00 |
| 08/07 | Zelle Payment To Matias Pourrain Jpm99Bikl3Zh | 1,000.00 |
| 08/07 | Zelle Payment To Jeremy Bruno Jpm99Bils6X5 | 500.00 |
| 08/07 | Zelle Payment To Leodanis Bmi Jpm99Bilsf8P | 500.00 |
| 08/08 | Zelle Payment To Richard Estevez Jpm99Binn39G | 382.00 |
| 08/11 | Zelle Payment To Juan Galeano Jpm99Bitvgdl | 500.00 |
| 08/11 | Zelle Payment To Matias Pourrain Jpm99Bj11Bgz | 250.00 |
| 08/11 | 08/11 Online Domestic Wire Transfer A/C: United States Soccer Federation, Fayetteville GA 30214- US Trn: 3709735223Es | 2,000.00 |
| 08/12 | Zelle Payment To Artemy Jpm99Bj4Fsb7 | 300.00 |
| 08/12 | Zelle Payment To Olga Andriyanova Jpm99Bj4Jdg9 | 250.00 |
| 08/12 | Zelle Payment To Jeremy Bruno Jpm99Bj5Vl7R | 157.00 |
| 08/13 | Orig CO Name:Ez Texting  Orig ID:0000602021 Desc Date:250813 CO Entry Descr:Sms   Sec:Web   Trace#:021000025427577 Eed:250813  Ind ID:9321568 Ind Name:Fabian *Pourrain 213-221-2237 Trn: 2255427577Tc | 325.00 |
| 08/13 | Zelle Payment To Richard Estevez Jpm99Bj9Gv8X | 8.00 |
| 08/13 | Zelle Payment To Olga Andriyanova Jpm99Bj9Ha70 | 250.00 |
| 08/13 | Zelle Payment To Richard Estevez Jpm99Bja1Rvm | 210.00 |
| 08/13 | Zelle Payment To Vans Diego Jpm99Bjalc6K | 600.00 |
| 08/14 | Zelle Payment To Matias Pourrain Jpm99Bjel9Rk | 10.00 |
| 08/14 | Zelle Payment To Matias Pourrain Jpm99Bjf1Gv7 | 2,000.00 |
| 08/15 | Zelle Payment To Matias Pourrain Jpm99Bjhvwq8 | 850.00 |
| 08/15 | Zelle Payment To Matias Pourrain Jpm99Bjjn2Pg | 755.00 |
| 08/15 | Zelle Payment To Tow Truck Way 25865947618 | 140.00 |
| 08/18 | Zelle Payment To Daniil Dekhanov Jpm99Bjma5Yp | 50.00 |
| 08/18 | Zelle Payment To Omar Bmi VAN 25872136657 | 40.00 |
| 08/18 | Zelle Payment To Leodanis Bmi Jpm99Bjnzn2Q | 500.00 |
| 08/18 | Zelle Payment To Lifl Transport Jpm99Bjpy4Yr | 292.00 |
| 08/18 | Zelle Payment To Richard Estevez Jpm99Bjtzme2 | 262.00 |
| 08/18 | Zelle Payment To Heriberto Jpm99Bju7Zky | 200.00 |
| 08/18 | Zelle Payment To Matias Pourrain Jpm99Bjvltqy | 102.00 |
| 08/18 | Zelle Payment To Vans Diego Jpm99Bjw5Zny | 300.00 |
| 08/19 | Orig CO Name:Duke Energy  Orig ID:9575375002 Desc Date:250819 CO Entry Descr:Duke Pymntsec:Web  Trace#:091000011221109 Eed:250819  Ind ID:910172770839 Ind Name:Bmi Smart Parking Lots Trn: 2311221109Tc | 206.66 |
| 08/19 | Zelle Payment To Matias Pourrain Jpm99Bjzwv4L | 260.00 |
| 08/19 | Zelle Payment To Richard Estevez Jpm99Bjzyulj | 9.00 |
| 08/19 | Zelle Payment To Jonathan Driver Richard Jpm99Bk12Xzx | 800.00 |
| 08/19 | Zelle Payment To Richard Estevez Jpm99Bk13Eq4 | 1,500.00 |



August 01, 2025 through August 29, 2025

Account Number: 8909

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | Zelle Payment To Omar Bmi VAN 25909697184 | 1,144.00 |
| 08/19 | Zelle Payment To Leodanis Bmi Jpm99Bk13Hai | 1,131.00 |
| 08/19 | Zelle Payment To Michael Bruno Jpm99Bk13My9 | 117.00 |
| 08/19 | Zelle Payment To Juan Cdl Jpm99Bk140G2 | 611.00 |
| 08/19 | Zelle Payment To Jeremy Bruno Jpm99Bk13Wva | 668.86 |
| 08/19 | Zelle Payment To Alejo Lopez Jpm99Bk14Fyr | 644.00 |
| 08/19 | Zelle Payment To Artemy Jpm99Bk14H0G | 1,500.00 |
| 08/19 | Zelle Payment To Yamileth Bonilla Jpm99Bk14Nfv | 1,500.00 |
| 08/19 | Zelle Payment To Juan Galeano Jpm99Bk16Srw | 1,230.00 |
| 08/19 | Zelle Payment To Marcos Maide Jpm99Bk16Lha | 700.00 |
| 08/19 | Zelle Payment To Leodanis Bmi Jpm99Bk170Um | 500.00 |
| 08/19 | Zelle Payment To Santi Bmi Cdl Jpm99Bk17Rps | 845.00 |
| 08/20 | Orig CO Name:Achma Visb    Orig ID.0000751800 Desc Date:250820 CO Entry Descr:Bill Pymntsec:Web   Trace#:021000025732849 Eed:250820   Ind ID:2069761 Ind Name:Fabian *Pourrain 800-922-0204 Trn: 2325732849Tc | 828.32 |
| 08/20 | Zelle Payment To Vans Diego Jpm99Bk5AFS4 | 600.00 |
| 08/21 | Zelle Payment To Mecanico Ac Armando Jpm99Bk75Zz4 | 250.00 |
| 08/21 | Zelle Payment To Gamaniel Driver Jpm99Bk8Ysnb | 403.00 |
| 08/22 | Zelle Payment To Andres Jpm99Bkdug6L | 500.00 |
| 08/25 | Zelle Payment To Vans Diego Jpm99Bkjhvrf | 300.00 |
| 08/25 | Zelle Payment To Andres Jpm99Bkjywqf | 416.50 |
| 08/25 | Zelle Payment To Matias Pourrain Jpm99Bkp1R8C | 395.00 |
| 08/25 | Zelle Payment To Jonathan Driver Richard Jpm99Bkqr72P | 100.00 |
| 08/26 | Orig CO Name:Att    Orig ID:9864031003 Desc Date:082425 CO Entry Descr:Payment  Sec:Tel    Trace#:031100208272552 Eed:250826   Ind ID:4493760003Idp2L Ind Name:Fabian Pourrain Trn: 2388272552Tc | 164.48 |
| 08/26 | Zelle Payment To Josh Bmi Jpm99Bkt5Ifo | 378.00 |
| 08/26 | Zelle Payment To Leodanis Bmi Jpm99Bkt5Pls | 436.00 |
| 08/26 | Zelle Payment To Yamileth Bonilla Jpm99Bkt6307 | 250.00 |
| 08/28 | Zelle Payment To Josh Bmi Jpm99Bl1Onvh | 700.00 |
| 08/28 | Zelle Payment To Matias Pourrain Jpm99Bl1Oi4H | 205.00 |
| 08/29 | Zelle Payment To Vans Diego Jpm99Bl8F8Zf | 600.00 |
| 08/29 | Zelle Payment To Olga Andriyanova Jpm99Bl8Fqd3 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$53,161.32** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Rtp/Same Day - Low Value | $15.40 |
| 08/04 | Domestic Incoming Wire Fee | 15.00 |
| 08/07 | Domestic Incoming Wire Fee | 15.00 |
| 08/11 | Online Domestic Wire Fee | 25.00 |
| 08/14 | Domestic Incoming Wire Fee | 15.00 |
| 08/29 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$100.40** |





August 01, 2025 through August 29, 2025

Account Number: 8909

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | $193.59 | 08/12 | 3,634.70 | 08/21 | 197.95 |
| 08/04 | 13,962.33 | 08/13 | 2,540.30 | 08/22 | 669.26 |
| 08/05 | 3,525.31 | 08/14 | 14,550.56 | 08/25 | 57.76 |
| 08/06 | 1,880.20 | 08/15 | 11,814.30 | 08/26 | 79.28 |
| 08/07 | 7,436.92 | 08/18 | 10,077.04 | 08/27 | 212.47 |
| 08/08 | 7,072.40 | 08/19 | 1,528.00 | 08/28 | 1,533.72 |
| 08/11 | 4,332.96 | 08/20 | 224.73 | 08/29 | 533.72 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC