
Case 6:25-bk-04004-GER   Doc 66   Filed 09/24/25   Page 1 of 2


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/24/2025 01:30 PM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04004-GER** | 11 | **06/27/2025** |

**Chapter 11**

**DEBTOR:**   BMI Smart Parking Lots LLC

**DEBTOR ATTY:**   Daniel Velasquez

**TRUSTEE:**   Aaron Cohen

**HEARING:**

CONT. STATUS CONFERENCE: (confirmation / feh)
1) cont.   Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries (Doc #14)
FINAL EVIDENTIARY HEARING:
2)     cont. Harbor RDC Storage's Verified Motion for Relief from Stay Re: real property known as 6302 Seminole Avenue, Orlando, FL 32822 and 5282 Patch Road, Orlando, FL 32822 in Orange County, Florida. , OR IN THE ALTERNATIVE, ADEQUATE PROTECTION (Doc #34) -
(Granted in part as discussed on the record)
Landlords Exhibit List (Doc #63)
Harbor's Declaration Re: Non-Compliance Regarding Adequate Protection, regarding Order on Verified Motion for Order Granting Relief from Automatic Stay, or In the Alternative, Adequate Protection [51]) (Doc #55)
CONFIRMATION:
3)   Chapter 11 Plan (Doc #44)
Harbor RDC Storage's Objection to Confirmation (Doc #59)
4)   US Trustee's Motion to Dismiss Case or Convert Case to Chapter 7 (Doc #54)
5)   Harbor's Application for Payment of Administrative Expenses Amount Requested: 213846.27 (Doc #58)
Note: 7/8/25; 8/11/25
341 Concluded: 7/28/25
Claims Deadline: 9/5/25
Sub V Plan Due: 9/5/25
Case Summary (Doc #7)
Schedules (Doc #32)
Pre-Status Conference Report (Doc #39)
MOR July 2025   (Doc #52) August (Doc #65)
Future Hearing:
RELATED PLEADINGS:
Order (I) Scheduling Hearing on Confirmation of Plan of Reorganization (Doc #48)
Order on Verified Motion for Order Granting Relief from Automatic Stay, or In the Alternative, Adequate Protection (Doc #51)

**APPEARANCES:**: Daniel Velasquez (Debtor Atty); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US Trustee Atty); Michael

Provenzale (Landlord Atty);

**RULING:**
CONT. STATUS CONFERENCE:   cont. to January 15, 2026 at 10;30 am (AOCNFNG);

1) cont.  Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries   (Doc #14) - Granted on an interim basis ($6,000 monthly) to 1/15/26; cont. to January 15, 2026 at 10;30 am:Order by VELASQUEZ;

FINAL EVIDENTIARY HEARING:

2)   cont. Harbor RDC Storage's Verified Motion for Relief from Stay Re: real property known as 6302 Seminole Avenue, Orlando, FL 32822 and 5282 Patch Road, Orlando, FL 32822 in Orange County, Florida. , OR IN THE ALTERNATIVE, ADEQUATE PROTECTION   (Doc #34) - Parties resolved: Agreed Order by PROVENZALE;

CONFIRMATION:

3)   Chapter 11 Plan   (Doc #44) - Debtor to file first amended plan by January 8, 2026;

4)   US Trustee's Motion to Dismiss Case or Convert Case to Chapter 7   (Doc #54) -   cont. to January 15, 2026 at 10;30 am (AOCNFNG);

5)   Harbor's Application for Payment of Administrative Expenses Amount Requested: 213846.27   (Doc #58) - Resolved - will be addressed in order on relief from stay at doc 34:Order by PROVENZALE

(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.