**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                              CASE NO.: 6:25-bk-04004-GER
                                                                                    CHAPTER 11
**BMI SMART PARKING LOTS LLC**
                                                                                    *Subchapter V Election*

        **Debtor.**
_____/

## PROOF OF SERVICE

      **I HEREBY CERTIFY** that a true copy of the **Order Continuing Initial Status Conference and Hearing on United States Trustee's Motion to Dismiss or Convert and Setting Deadline to File Amended Plan (Doc. No. 67)** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to all interested parties on the attached mailing matrix; **Subchapter V Trustee, Aaron R. Cohen**, P.O. Box 4218, Jacksonville, Florida 33201 and **Office of the U.S. Trustee, c/o**, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; this 29th day of September 2025.

                                                                           /s/ Daniel A. Velasquez
                                                                           **Daniel A. Velasquez, Esq.**
                                                                           Florida Bar No. 0098158
                                                                           jluna@lathamluna.com
                                                                           **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
                                                                           Bknotice1@lathamluna.com
                                                                           201 S. Orange Ave., Suite 1400
                                                                           Orlando, Florida 32801
                                                                           Telephone: 407-481-5800
                                                                           Facsimile: 407-481-5801
                                                                           *Attorney for the Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-04004-GER<br>Middle District of Florida<br>Orlando<br>Mon Sep 29 14:21:50 EDT 2025 | BMI Smart Parking Lots LLC<br>5282 Patch Rd.<br>Orlando, FL 32822-3313 | Harbor RDC Storage, LLC<br>c/o Michael S. Provenzale<br>215 N. Eola Drive<br>Orlando, FL 32801-2028 |
| Grace E. Robson<br>Orlando<br>, FL | Seminole and Patch II, LLC<br>c/o Michael S. Provenzale<br>215 N. Eola Drive<br>Orlando, FL 32801-2028 | Seminole and Patch, LLC<br>c/o Michael S. Provenzale<br>215 N. Eola Drive<br>Orlando, FL 32801-2028 |
| Daniel A. Velasquez<br>Latham, Luna, Eden & Beaudine LLP<br>201 S. Orange Ave.,<br>Suite 1400<br>Orlando, FL 32801-3483 | Fabian Pourrain<br>5282 Patch Road<br>Orlando, FL 32822-3313 | Florida CDL Training Center LLC<br>c/o Eugene Kishko<br>297 Meadow Beauty Terrace<br>Sanford, Florida 32771-6483 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Francisco Nunez<br>5282 Patch Rd.<br>#100<br>Orlando, Florida 32822-3313 | Harbor RDC Storage, LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | James Walson<br>215 North Eola Dr.<br>Orlando, FL 32801-2028 | Michael S. Provenzale<br>215 North Eola Drive<br>Orlando, Florida 32801-2028 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Palmdale Oil Company<br>7111 Fairway Drive<br>Suite 450<br>Palm Beach Gardens, Florida 33418-4200 | SEMINOLE AND PATCH LLC, SEMINOLE AND PATCH I<br>C/O MICHAEL PROVENZALE<br>215 N. EOLA DRIVE<br>ORLANDO FL 32801-2028 |
| Samantha Carrillo<br>6302 Seminole Ave.<br>Orlando, Florida 32822 | Seminole and Patch II, LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 | Seminole and Patch LLC<br>901 Dove Street<br>Suite 230<br>Newport Beach, CA 92660-3029 |
| Seminole and Patch LLC<br>c/o James E. Walson<br>215 North Eola Dr.<br>Post Office Box 2809<br>Orlando, Florida 32802-2809 | Seminole and Patch, LLC,<br>Seminole and Patch II, LLC,<br>Harbor RDC Storage, LLC<br>C/O Michael S. Provenzale<br>215 N. Eola Drive<br>Orlando FL 32801-2028 | State of Florida - Department of Revenue<br>Frederick F. Rudzik<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 |
| Yilber Arraiz<br>5282 Patch Rd.<br>Orlando, Florida 32822-3313 | c/o James E. Walson<br>215 North Eola Dr.<br>Orlando, FL 32801-2028 | Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael S Provenzale +<br>Lowndes Drosdick Doster Kantor & Reed PA<br>Post Office Box 2809<br>Orlando, FL 32802-2809 | Wanda D Murray +<br>United States Department of Justice<br>400 West Washington Street<br>Ste 1100<br>Orlando, FL 32801-2440 |

Audrey M Aleskovsky +
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Cou
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James Walson
215 North Eola Drive
Orlando, FL 32801-2028

(d)Daniel A Velasquez +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33