UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                                          CASE NO.: 6:25-bk-04004-GER
                                                                                    Chapter 11

BMI SMART PARKING LOTS LLC,

              Debtor.

_____

---

**NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND
<u>OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING</u>**

Aaron R. Cohen, Subchapter V Trustee ("Applicant") has filed an application for compensation in the amount of $2,488.50 and reimbursement of expenses in the amount of $10.35 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at 904-389-7277 or vanessa@arcohenlaw.com .

If you object to the Application, you must file an objection with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801, within 14 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application and the Court will consider the Application without further notice or hearing.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                            CASE NO.: 6:25-bk-04004-GER
                                                  Chapter 11

BMI SMART PARKING LOTS LLC,

       Debtor.

_____

**INTERIM APPLICATION OF AARON R. COHEN, SUBCHAPTER V TRUSTEE,
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 8, 2025**

**Name of Applicant:**                            **Aaron R. Cohen, Subchapter V Trustee**

**Date of Appointment:**                          **July 1, 2025**

**Period for this Application:**                   **July 1, 2025 through October 8, 2025**

**Amount of Compensation Sought:**                **$2,488.50**

**Amount of Expense Reimbursement:**              **$10.35**

**Compensation Received to Date:**                **$0.00[1]**

**Hourly Rate this Application**                   **$315.00**

       **This is an interim application.**

**Disclose the following for each prior application:**

| | | Requested | | | | Approved | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|---|---|---|
| **Filed** | **Period** | **Fees** | **Hrs.** | **Rate** | **Exps.** | **Fees** | **Exps.** | **Fees** | **Exps.** | |
| | | | | | | | | | | |
| N/A | | N/A | | | | N/A | | | | |
| | | | | | | | | | | |

---

1 The Subchapter V Trustee has received $1,000.00 in Trustee Interim Compensation payments that he is holding in trust.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                            CASE NO.: 6:25-bk-04004-GER
                                                                 Chapter 11

BMI SMART PARKING LOTS LLC,

        Debtor.

_____

**INTERIM APPLICATION OF AARON R. COHEN,**
**SUBCHAPTER V TRUSTEE, FOR PAYMENT OF COMPENSATION**

COMES NOW Aaron R. Cohen, Subchapter V Trustee, and hereby moves this Honorable

Court for entry of an Order allowing payment of interim fees and costs. In support thereof, the

Trustee would show unto the Court as follows:

1.      This case was commenced upon the filing of a Voluntary Petition for relief under

Subchapter V of Chapter 11 on June 27, 2025.

2.      On July 1, 2025, Aaron R. Cohen (the "Trustee") was appointed Subchapter V

Trustee.

3.      The Trustee performed the following services:

        a.      conferred with debtor's attorney regarding strategy;

        b.      reviewed the Debtor's Schedules and all financial information;

        c.      attended the Initial Debtor Interview, § 341 meeting, and all required

hearings;

        d.      tracked financial activity and investigated expenditures of the Debtor

through review of tax returns, bank statements, and monthly operating reports

prepared by Debtor; and

        e.      reviewed Plan as filed with liquidation analysis and projections.

4.       Aaron R. Cohen has spent 7.9 hours at $315.00 per hour for a total of $2,488.50 up to the date of the filing of this Application.  A detailed time listing is attached hereto as Exhibit "A". The Trustee has incurred costs totaling $10.35 in connection with this case.  A detailed statement of the costs is attached as Exhibit "B".

WHEREFORE, the Trustee requests that this Court enter an order approving his fee application and authorizing interim compensation of $2,488.50 and expenses of $10.35.

/s/ Aaron R. Cohen

_____

Aaron R. Cohen
P.O. Box 4218
Jacksonville, Florida 32201
Tel: 904-389-7277
FL Bar #558230
aaron@arcohenlaw.com
Subchapter V Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by first-class U.S. Mail on October 8, 2025, to all parties on the attached L.R. 1007-2 Parties in Interest mailing matrix (matrix not furnished to all parties); BMI Smart Parking Lots LLC., 5282 Patch Rd. Orlando, FL 32822; and by CM/ECF electronic notice to Daniel A. Velasquez, Esquire; Audrey M. Aleskovsky, Trial Atty for the United States Trustee; and to all parties who have filed with the Court a Notice of Appearance and Request for Notice.

/s/ Aaron R. Cohen

_____

Aaron R. Cohen

# Exhibit A

# TIME AND BILLING
## TIME REPORT

Page No:   1

| | | |
|---|---|---|
| **Case No.:** | 25-04004-GER | **Trustee Name** |
| **Case Name:** | BMI SMART PARKING LOTS LLC | Aaron R. Cohen |
| **Start Date:** | 6/30/2025 | |
| **End Date:** | 10/8/2025 | |

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|

**Firm Name: Aaron R. Cohen, Trustee**
**Professional: Aaron R. Cohen**

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $315.00 | 0.40 | $126.00 | 0.40 | $126.00 | Billable |
| 06/30/2025: Received email from UST regarding taking new case. Reviewed conflicts. Prepared Sub V verified statement. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 07/02/2025: Email to D. Velasquez requesting contact. Same principal as previous BMI case. Received auto response. | | | | | | |
| | $315.00 | 0.30 | $94.50 | 0.30 | $94.50 | Billable |
| 07/06/2025: Reviewed emergency motions. | | | | | | |
| | $315.00 | 0.30 | $94.50 | 0.30 | $94.50 | Billable |
| 07/07/2025: Email to D. Velasquez regarding unavailability and concerns regarding requested compensation. Received email from Audrey regarding first motions and drafted response. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 07/08/2025: Received and reviewed debtor payroll run regarding motion to pay prepetition wages. | | | | | | |
| | $315.00 | 0.30 | $94.50 | 0.30 | $94.50 | Billable |
| 07/08/2025: Exchanged correspondence with Aleskovsky re: amount sought and back up of reasonableness of amount sought. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 07/09/2025: Email from Aleskovsky re: results of hearing. Sent reply email back. | | | | | | |
| | $315.00 | 0.30 | $94.50 | 0.30 | $94.50 | Billable |
| 07/21/2025: Reviewed schedules and SOFA. | | | | | | |
| | $315.00 | 1.00 | $315.00 | 1.00 | $315.00 | Billable |
| 07/22/2025: Preparation for and attendance at IDI. | | | | | | |
| | $315.00 | 1.00 | $315.00 | 1.00 | $315.00 | Billable |
| 07/28/2025: Prepared for and attended 341 meeting of creditors. | | | | | | |
| | $315.00 | 1.00 | $315.00 | 1.00 | $315.00 | Billable |
| 08/11/2025: Preparation for and attendance at status conference. | | | | | | |
| | $315.00 | 0.40 | $126.00 | 0.40 | $126.00 | Billable |
| 08/12/2025: Read Chapter 11 plan recently filed. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 08/13/2025: Review proposed order and reply to M. Provenzale. | | | | | | |
| | $315.00 | 0.10 | $31.50 | 0.10 | $31.50 | Billable |
| 08/13/2025: Reviewed stay relief order from M. Provenzole. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 08/14/2025: Reviewed email chain between M. Provenzole and Dan Velasquez regarding rent obligators submitting competing orders. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 08/21/2025: Reviewed July MoR. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 08/28/2025: Reviewed proposed MTD by A. Aleskovsky and sent comments back. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 09/10/2025: Email from A. Aleskovsky seeking comments on plan. Drafted email back regarding lack of feasibility. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 09/10/2025: Reviewed application and back up filed by landlords for administrative claims. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 09/18/2025: Reviewed Chapter 11 MoRs for June and August. | | | | | | |
| | $315.00 | 0.10 | $31.50 | 0.10 | $31.50 | Billable |
| 09/19/2025: Email to D. Velasquez regarding converting or dismissing as I have a hearing conflict. | | | | | | |
| | $315.00 | 0.20 | $63.00 | 0.20 | $63.00 | Billable |
| 09/22/2025: Email to D. Velasquez regarding moving and settlement with landlord and seeking continuance. Drafted reply back. | | | | | | |
| | $315.00 | 0.50 | $157.50 | 0.50 | $157.50 | Billable |
| 09/24/2025: Attended status conference. Reviewed emails between A. Aleskovsky and D. Velasquez. | | | | | | |

Aaron R. Cohen billable hours = 7.90 hours @ $315.00 totalling $2,488.50

# TIME AND BILLING
## TIME REPORT

**Case No.:**    25-04004-GER

**Case Name:**    BMI SMART PARKING LOTS LLC

**Start Date:**    6/30/2025

**End Date:**    10/8/2025

**Trustee Name**
Aaron R. Cohen

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Project Category  Total:** | | 7.90 | | | $2,488.50 | |

Aaron R. Cohen billable hours = 7.90 hours totalling $2,488.50

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name Aaron R. Cohen, Trustee Total:** | | 7.90 | | | $2,488.50 | |
| **TOTALS:** | | 7.90 | $2,488.50 | 7.90 | $2,488.50 | |

# Exhibit B

# TIME AND BILLING
## EXPENSE REPORT

| | | |
|---|---|---|
| **Case No.:** | 25-04004-GER | **Trustee Name** |
| **Case Name:** | BMI SMART PARKING LOTS LLC | Aaron R. Cohen |
| **Start Date:** | 7/1/2024 | |
| **End Date:** | 10/8/2025 | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant :** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Copies** | | | | | |
| 10/08/2025 | $0.170 | 5.00 | $0.85 | $0.85 | Billable |
| Description: Copies for service of Application for Compensation | | | | | |
| 10/08/2025 | $0.170 | 10.00 | $1.70 | $1.70 | Billable |
| Description: Projected cost: Copies for service of Order re Application for Compensation | | | | | |
| | | **Copies Total:** | **$2.55** | **$2.55** | |
| **Postage** | | | | | |
| 10/08/2025 | $0.780 | 5.00 | $3.90 | $3.90 | Billable |
| Description: Projected cost: Postage for service of Order re Application for Compensation | | | | | |
| 10/08/2025 | $0.780 | 5.00 | $3.90 | $3.90 | Billable |
| Description: Postage for Application for Compensation | | | | | |
| | | **Postage Total:** | **$7.80** | **$7.80** | |
| | | **Project Category Total:** | **$10.35** | **$10.35** | |
| | | **Matter Code Total:** | **$10.35** | **$10.35** | |

**EXPENSE SUMMARY:** **$10.35**