UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**BMI SMART PARKING LOTS LLC,**

CASE NO. 6:25-bk-04004-GER
CHAPTER 11

   **Debtor.**

*Subchapter V Election*

_____/

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE**

**BMI SMART PARKING LOTS LLC** (the "**Debtor**"), by and through its undersigned counsel, and pursuant to 11 U.S.C. § 1112(b) and Rule 2002(a), *Federal Rules of Bankruptcy Procedure*, seeks an order dismissing its Chapter 11 case, and for cause shown states as follows:

1. On June 27, 2025 (the "**Petition Date**"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. On September 29, 2025, the Court entered an order which facilitates an agreement reached between the Debtor and its former landlord which order provides for the turnover of Debtor's leased on or before October 1, 2025, which turnover occurred pursuant to the stipulation reached between the parties.

3. Given the significant change to the Debtor's location and the potential impact to Debtor's operation, the Court provided several months for the Debtor to assess its operation for the proposal of a Chapter 11 Plan by January 8, 2026.

4. Unfortunately, the Debtor's operation did not fair well after its scheduled move to a new location. Revenues did not rebound and complications with Debtor's new landlord made it impossible to continue operations. As a result, the Debtor cannot propose an amended Chapter 11 Plan.

5. Instead, Debtor believes dismissal of this case is in the best interests of all creditors and the estate. The Debtor's remaining assets consists of a used vehicle and parking lot equipment which doesn't exceed $50,000.00 in value. As such, Debtor believes the administrative costs of a liquidation process would far exceed any benefit creditors could derive in this case.

6. For the reasons stated above, the Debtor requests entry of an order dismissing its Chapter 11 case.

**WHEREFORE**, the Debtor respectfully requests entry of an order (i) dismissing this Chapter 11 case; and (ii) granting such other and further relief the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 8th day of January 2026.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**BMI SMART PARKING LOTS LLC,**　　　　　　CASE NO. 6:25-bk-04004-GER
　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11

　　Debtor.　　　　　　　　　　　　　　　　　　*Subchapter V Election*
_____/

**CERTIFICATE OF SERVICE**

　　**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically or by U.S. First Class Mail to: **BMI SMART PARKING LOTS LLC**, 5282 Patch Road, Orlando, Florida 32822; all parties entitled to receive electronic noticing via CM/ECF; all creditors listed on the attached mailing matrix; **Subchapter V Trustee Aaron R. Cohen**, P.O. Box 4218, Jacksonville, Florida 32201; and the **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 8th day of January 2026.

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Velasquez
　　　　　　　　　　　　　　　　　　　　　　Daniel A. Velasquez, Esq.