**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

BMI SMART PARKING LOTS, LLC

    Debtor.

CASE NO.: 6:25-bk-04004-GER
CHAPTER 11

*Subchapter V Election*

_____/

**NOTICE OF PRELIMINARY HEARING**

**NOTICE IS HEREBY GIVEN THAT:**

A preliminary hearing in this case will be held before the Honorable Grace E. Robson, United States Bankruptcy Judge on **Thursday, the 15th day of January, 2026 at 10:30 a.m., at the George C. Young United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6D, Orlando, Florida 32801** to consider and act upon the following and transact such other business that may come before the court:

1. **MOTION TO DISMISS CASE (Doc. No. 74)**

The hearing may be continued upon announcement made in open Court without further notice.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: January 9, 2026

2

/s/ *Daniel A. Velasquez*
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**Latham, Luna, Eden & Beaudine, LLP**
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**BMI SMART PARKING LOTS LLC,**

    **Debtor.**

**CASE NO.: 6:25-bk-04004-GER**
**CHAPTER 11**

*Subchapter V Election*

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing **NOTICE OF EMERGENCY PRELIMINARY HEARING** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **BMI Smart Parking Lots, LLC** 5282 Patch Road, Orlando, Florida 32822**;** the parties entitled to receive CM/ECF noticing; all creditors listed on the attached mailing matrix; **Subchapter V Trustee Aaron R. Cohen**, P.O. Box 4218, Jacksonville, FL 32201-4218; and the **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 9th day of January 2026.

                                                 /s/ Daniel A. Velasquez
                                                 Daniel A. Velasquez, Esq.