UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                            CASE NO.: 6:25-bk-04004-GER

BMI SMART PARKING LOTS LLC,

    Debtor.
_____

### NOTICE OF UNAVAILABILITY FOR JANUARY 15, 2026 HEARING

COMES NOW Aaron R. Cohen, Subchapter V Trustee in the above-styled case, and hereby gives notice that he is unavailable to attend the continued status conference scheduled for January 15, 2026 at 10:30 a.m. The undersigned will be conducting his Chapter 7 panel trustee 341 meetings of creditors from 8:30 a.m. through 3:30 p.m. on January 15, 2026.

The Trustee believes that this case should be dismissed or converted to Chapter 7.

    /s/ Aaron R. Cohen
_____
Aaron R. Cohen
P.O. Box 4218
Jacksonville, Florida 32201
Tel: 904-389-7277
FL Bar #558230
aaron@arcohenlaw.com
Subchapter V Trustee